Exhibit 1

Case: 1:24-cv-01139 Document #: 1-1 Filed: 02/09/24 Page 2 of 10 PageID #:17



US0D1000857S

(12) **United States Design Patent**
Chen

(10) Patent No.: **US D1,000,857 S**
(45) Date of Patent: ** **Oct. 10, 2023**

(54) **STORAGE HAMMOCK**

(71) Applicant: **Shandong Haining Information Technology Co., Ltd.**, Jinan (CN)

(72) Inventor: **Jian Chen**, Jinan (CN)

(73) Assignee: **SHANDONG HAINING INFORMATION TECHNOLOGY CO., LTD.**, Jinan (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/818,062**

(22) Filed: **Dec. 6, 2021**

(51) **LOC (14) Cl.** ............................................. **06-02**

(52) **U.S. Cl.**
USPC ........................................................ **D6/387**

(58) **Field of Classification Search**
USPC .... D6/386, 387, 388, 718.1, 718.11, 718.12,
D6/718.26; D7/601
CPC .......... A45F 3/22; A47B 43/003; A47B 75/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D19,110 S | * | 5/1889 | Palmer | ......................... | D6/387 |
| D21,434 S | * | 3/1892 | Palmer | ......................... | D6/387 |
| D23,302 S | * | 5/1894 | Palmer | ......................... | D6/387 |
| D23,306 S | * | 5/1894 | Palmer | ......................... | D6/387 |
| D23,308 S | * | 5/1894 | Palmer | ......................... | D6/387 |
| D25,737 S | * | 6/1896 | Miller | ......................... | D6/387 |
| 572,424 A | * | 12/1896 | Hines | ......................... | A45F 3/22 |
| | | | | | 5/120 |
| 955,281 A | * | 4/1910 | Norwood | ................... | A45F 3/22 |
| | | | | | 5/121 |
| 4,015,719 A | * | 4/1977 | Hanopole | ................ | A47F 5/04 |
| | | | | | 211/133.4 |
| 4,101,165 A | * | 7/1978 | Hammer | .................... | A45F 3/26 |
| | | | | | 5/120 |
| 4,691,394 A | * | 9/1987 | Woo | .......................... | A45F 3/24 |
| | | | | | 5/120 |

| | | | | | |
|---|---|---|---|---|---|
| RE33,232 E | * | 6/1990 | Fausett | ..................... | A45F 3/22 |
| | | | | | 211/87.01 |
| D357,372 S | * | 4/1995 | McArdle | .................. | D7/601 |
| 5,474,188 A | * | 12/1995 | McArdle | .............. | A47G 19/30 |
| | | | | | D7/602 |
| 5,553,719 A | * | 9/1996 | Campbell | .............. | A47G 25/10 |
| | | | | | 383/117 |
| D375,021 S | * | 10/1996 | McArdle | ................. | D7/601 |
| D375,231 S | * | 11/1996 | McArdle | ................. | D6/674 |
| D377,585 S | * | 1/1997 | McArdle | .................. | D6/354 |
| D379,741 S | * | 6/1997 | Wang | ....................... | D7/601 |
| D379,889 S | * | 6/1997 | McArdle | .................. | D6/513 |

(Continued)

OTHER PUBLICATIONS

"Weiyuanhaoda Hanging Stuffed Animal Hammock." Found online Jul. 15, 2023 at www.amazon.com. Product first available Feb. 12, 2022. Retrieved from URL: https://www.amazon.com/dp/B09SCCP82Y (Year: 2022).*

(Continued)

*Primary Examiner* — Mary Ann Calabrese
*Assistant Examiner* — Katelin G Kloberg
(74) *Attorney, Agent, or Firm* — Getech Law LLC; Jun Ye

(57) **CLAIM**

I claim the ornamental design for a storage hammock, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a storage hammock, showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**



# US D1,000,857 S

Page 2

## (56) References Cited

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D383,040 | S | * | 9/1997 | McArdle ........................ D6/674 |
| D984,162 | S | * | 4/2023 | Chen .............................. D6/387 |
| D990,910 | S | * | 7/2023 | Xu ................................. D6/387 |

### OTHER PUBLICATIONS

"Licklip Corner Stuffed Animal Hammock." Found online Jul. 15, 2023 at www.amazon.com. Product first available May 17, 2022. Retrieved from URL: https://www.amazon.com/LICKLIP-Hammock-Toy-Colorful-Organizer/dp/B0B1HLDD1G (Year: 2022).*
"Stuffed Animal Net or Hammock." Found online Jul. 15, 2023 at www.amazon.com. Product first available Nov. 17, 2022. Retrieved from URL: https://www.amazon.com/dp/B0BMQFQLLC (Year: 2022).*
"Stuffed Animal Net." Found online Jul. 15, 2023 at www.amazon.com. Product first available Mar. 10, 2023. Retrieved from URL: https://www.amazon.com/dp/B0BY251YL1 (Year: 2023).*
"Yunii Toy Hammock." Found online Jul. 15, 2023 at www.amazon.com. Product first available May 5, 2023. Retrieved from URL: https://www.amazon.com/dp/B0C4FM2TKG (Year: 2023).*
Makeonewo, Macrame Stuffed Animal Hammock, https://www.amazon.com/Stuffed-Hammock-Hanging-Handmade-Organizer-Playroom/dp/B09BDYJ1K7/ref=pd_sbs_3/137-0005204-8794706?pd_rd_w=VMOXW&pf_rd_p=690958f6-2825-419e-9c16-73ffd40551365&pf_rd_r=7ZRWWHFEAGCDYAK9ND6Y&pd_rd_r=17afeeb6-2492-45cf-959b-b55cbdd44660&pd_rd_wg=HB8kG&pd_rd_i=B09BDYJ1K7&psc=1, Jul. 29, 2021, 1 page.

* cited by examiner

Case: 1:24-cv-01139 Document #: 1-1 Filed: 02/09/24 Page 4 of 10 PageID #:19



FIG. 1

Case: 1:24-cv-01139 Document #: 1-1 Filed: 02/09/24 Page 5 of 10 PageID #:20



FIG. 2

Case: 1:24-cv-01139 Document #: 1-1 Filed: 02/09/24 Page 6 of 10 PageID #:21



FIG. 3



# FIG. 4



# FIG. 5

Case: 1:24-cv-01139 Document #: 1-1 Filed: 02/09/24 Page 8 of 10 PageID #:23



FIG. 6

Case: 1:24-cv-01139 Document #: 1-1 Filed: 02/09/24 Page 9 of 10 PageID #:24



FIG. 7

# PATENT ASSIGNMENT

Shandong Haining Information Technology Co., Ltd. ("Assignor") is owner of U.S. Patent Number: USD1000857S, issue dated October 10, 2023, titled Storage Hammock, (the "Patent"). ZHU Mingfei ("Assignee") desires to acquire rights in and to the Patent.

Therefore, for valuable consideration, the receipt of which is acknowledged, Assignor assigns to Assignee all right, title and interest in the invention and Patent, including the right enforce and recover damages for past infringement, to Assignee for the entire term of the Patent and any reissues or extensions and for the entire terms of any patents, reissues, or extensions that may issue from foreign applications, divisions, continuations in whole or part, or substitute applications filed claiming the benefit of the Patent. The right, title, and interest conveyed in this Assignment is to be held and enjoyed by Assignee and Assignee's successors as fully and exclusively as it would have been held and enjoyed by Assignor had this assignment not been made.

Assignor further agrees to: (a) cooperate with Assignee in the protection of the patent rights and prosecution and protection of foreign counterparts; (b) execute, verify, acknowledge and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain the Patent and any and all applications and registrations for the invention in any and all countries.

Assignor Signature: *CHEN Jian*
Shandong Haining Information Technology Co., Ltd.

Date: January 2, 2024

Assignee Signature: *ZHU Mingfei*
ZHU Mingfei

Date: January 2, 2024

[NOTE THAT IT IS RECOMMENDED, BUT NOT REQUIRED, THAT SIGNATURES BE LEGALIZED. IN THE U.S. WE TYPICALLY SUGGEST NOTARIZATION]