# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu ) | Case No.: 24-cv-01139 |
| Plaintiff, ) | |
| v. ) | Judge: |
| The Partnerships and Unincorporated ) Associations Identified in ) Schedule "A", ) | Magistrate: |
| Defendants. ) | |

## SCHEDULE A

| Doe | Seller | Seller ID | Product ID | URL |
|---|---|---|---|---|
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BJKQ4T8G | https://www.amazon.com/dp/B0BJKQ4T8G |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BXDFCT3C | https://www.amazon.com/dp/B0BXDFCT3C |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BJKNLT28 | https://www.amazon.com/dp/B0BJKNWR6C |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BYJLRX6M | https://www.amazon.com/dp/B0BYJLRX6M |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BJKNWR6C | https://www.amazon.com/dp/B0BJKNWR6C |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BYJM8L6M | https://www.amazon.com/dp/B0BYJM8L6M |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGS1Q4B4 | https://www.amazon.com/dp/B0CGS1Q4B4 |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGRV8JZP | https://www.amazon.com/dp/B0CGRV8JZP |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGRS6VXJ | https://www.amazon.com/dp/B0CGRS6VXJ |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGRS1KVC | https://www.amazon.com/dp/B0CGRS1KVC |
| 3 | Alvin Luo | A1R53WOPGR7IXC | B0CGL1MYTK | https://www.amazon.com/dp/B0CGL1MYTK |
| 3 | Alvin Luo | A1R53WOPGR7IXC | B0CCCB9KC6 | https://www.amazon.com/dp/B0CCCB9KC6 |

| 4 | Anroop | A329RP9VMRWJV4 | B0CJPGMWMC | https://www.amazon.com/dp/B0CJPGMWMC |
|---|---|---|---|---|
| 4 | Anroop | A329RP9VMRWJV4 | B0CJPHPDC7 | https://www.amazon.com/dp/B0CJPHPDC7 |
| 5 | aooyaoo store | A3TOUZONR3V5N4 | B0BJ6XC28C | https://www.amazon.com/dp/B0BJ6XC28C |
| 5 | aooyaoo store | A3TOUZONR3V5N4 | B0BJ71JJ27 | https://www.amazon.com/dp/B0BJ71JJ27 |
| 6 | beauxx | A2FF1VUHFX1IKT | B0BZW8TDW8 | https://www.amazon.com/dp/B0BZW8TDW8 |
| 6 | beauxx | A2FF1VUHFX1IKT | B0BZW956QW | https://www.amazon.com/dp/B0BZW956QW |
| 6 | beauxx | A2FF1VUHFX1IKT | B0BZW9JDK9 | https://www.amazon.com/dp/B0BZW9JDK9 |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BDRWPBHC | https://www.amazon.com/dp/B0BDRWPBHC |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJV3S6PR | https://www.amazon.com/dp/B0BJV3S6PR |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJV932K4 | https://www.amazon.com/dp/B0C1B7PYMM |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJTB7Y3H | https://www.amazon.com/dp/B0BJTB7Y3H |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0B2P3HGXF | https://www.amazon.com/dp/B0C1B7PYMM |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJTW5M1G | https://www.amazon.com/dp/B0BJTW5M1G |
| 8 | Ching Meilun | A2FXVL8C7RQGYT | B0BY746ZXP | https://www.amazon.com/dp/B0BY746ZXP |
| 9 | Colcolo | A16K3SHNME32AS | B0BHQ5F9D7 | https://www.amazon.com/dp/B0BHQ5F9D7 |
| 9 | Colcolo | A16K3SHNME32AS | B0BHQ59LZ6 | https://www.amazon.com/dp/B0BHQ59LZ6 |
| 10 | Corebes | A1USFZBK0N5SNW | B0BB9N15ZJ | https://www.amazon.com/dp/B0BB9N15ZJ |
| 11 | dagonghun | A10FDYQXNXIU3B | B0B8MFVCW1 | https://www.amazon.com/dp/B0B8MFVCW1 |
| 11 | dagonghun | A10FDYQXNXIU3B | B0B8LZRLNH | https://www.amazon.com/dp/B0B8LZRLNH |

| 12 | D-FantiX Direct | A3JD8M5SUH8JHZ | B0B876LZDQ | https://www.amazon.com/dp/B0BB9N15ZJ |
| --- | --- | --- | --- | --- |
| 13 | Dingco | AW4LP7LA048V3 | B0B56LPMYF | https://www.amazon.com/dp/B0B56LPMYF |
| 13 | Dingco | AW4LP7LA048V3 | B09VBK8CPZ | https://www.amazon.com/dp/B09VBK8CPZ |
| 13 | Dingco | AW4LP7LA048V3 | B0B56P6LJT | https://www.amazon.com/dp/B0B56P6LJT |
| 14 | Dremisland Direct | A1N5ASDIVW0EZQ | B0B2K999PX | https://www.amazon.com/dp/B0B2K999PX |
| 15 | e5e10 | A21X3MY6ORIU0C | B09Y89FZ42 | https://www.amazon.com/dp/B09Y89FZ42 |
| 16 | figatiaus/Baoblaze | ALU0CH1LRE4S2 | B0C3RPKF54 | https://www.amazon.com/dp/B0C3RPKF54 |
| 17 | flashpig | A2TYOQDR82AJ7C | B0C331N5WR | https://www.amazon.com/dp/B0C331N5WR |
| 17 | flashpig | A2TYOQDR82AJ7C | B0C332986X | https://www.amazon.com/dp/B0C332986X |
| 17 | flashpig | A2TYOQDR82AJ7C | B0C333VBX5 | https://www.amazon.com/dp/B0C333VBX5 |
| 18 | ybbaby2018 | 5ba30e1873d934426dc8cb04 | 64de069c3867541ad1aaa332 | https://www.wish.com/product/64de069c3867541ad1aaa332 |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | B0BX6CL66V | https://www.amazon.com/dp/B0BX6CL66V |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | B0BX69F6N8 | https://www.amazon.com/dp/B0BX69F6N8 |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | B0BX69RF8M | https://www.amazon.com/dp/B0BX69RF8M |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6CTV7M | https://www.amazon.com/dp/B0CJ6CTV7M |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6GQ2LX | https://www.amazon.com/dp/B0CJ6GQ2LX |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6G1SNB | https://www.amazon.com/dp/B0CJ6G1SNB |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6CY1NP | https://www.amazon.com/dp/B0CJ6CY1NP |
| 21 | GentleFang | A2QSDEU3UISABU | B0CHLVQ7QM | https://www.amazon.com/dp/B0CHLVQ7QM |

| 21 | GentleFang | A2QSDEU3UISABU | B0CHLXJYJ2 | https://www.amazon.com/dp/B0CHLXJYJ2 |
|---|---|---|---|---|
| 21 | GentleFang | A2QSDEU3UISABU | B0CHLY1G8M | https://www.amazon.com/dp/B0CHLY1G8M |
| 22 | GIRIBIT | AVDRGVD4436GJ | B09YRMDJD2 | https://www.amazon.com/dp/B09YRMDJD2 |
| 23 | Grand Di | AA91IZO10WMJ | B0C48JSTRF | https://www.amazon.com/dp/B0C48JSTRF |
| 23 | Grand Di | AA91IZO10WMJ | B0C8TWQR1K | https://www.amazon.com/dp/B0C8TWQR1K |
| 23 | Grand Di | AA91IZO10WMJ | B0CGW8Z2HS | https://www.amazon.com/dp/B0CGW8Z2HS |
| 23 | Grand Di | AA91IZO10WMJ | B0CGWBRZ71 | https://www.amazon.com/dp/B0CGWBRZ71 |
| 23 | Grand Di | AA91IZO10WMJ | B0CGW7HBV3 | https://www.amazon.com/dp/B0CGW7HBV3 |
| 24 | GuangYun Gongsi | A1EBA5ESVBLF4L | B0B24VZHVB | https://www.amazon.com/dp/B0B24VZHVB |
| 24 | GuangYun Gongsi | A1EBA5ESVBLF4L | B0B24V8MRT | https://www.amazon.com/dp/B0B24V8MRT |
| 25 | Herlloy | A3VPP7J0858G9G | B0CH1P3WZ1 | https://www.amazon.com/dp/B0CH1P3WZ1 |
| 26 | homozyUS | A1QYW3B53A0F19 | B0BG72VHGX | https://www.amazon.com/dp/B0BG72VHGX |
| 27 | hudm2y | A27UI2INBG4UHD | B0BG6V77DX | https://www.amazon.com/dp/B0BG6V77DX |
| 27 | hudm2y | A27UI2INBG4UHD | B0BG6V8MDZ | https://www.amazon.com/dp/B0BG6V77DX |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH | B0BC1D99XW | https://www.amazon.com/dp/B0BC1GMVPM |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH | B0BC1J25T2 | https://www.amazon.com/dp/B0BC1GMVPM |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH | B0BC1GMVPM | https://www.amazon.com/dp/B0BC1GMVPM |
| 29 | ieBabay | A2FAUNGTSKFU1B | B0BHNYBNBK | https://www.amazon.com/dp/B0BHNYBNBK |
| 29 | ieBabay | A2FAUNGTSKFU1B | B0BC3W5NB7 | https://www.amazon.com/dp/B0BC3W5NB7 |

| 29 | ieBabay | A2FAUNGTSKFU1B | B0BHNY7N8N | https://www.amazon.com/dp/B0BHNY7N8N |
|---|---|---|---|---|
| 30 | iHank | A13NM5D91FX9CP | B0BW5BVVDM | https://www.amazon.com/dp/B0BW5BVVDM |
| 30 | iHank | A13NM5D91FX9CP | B0BW569D4R | https://www.amazon.com/dp/B0BW569D4R |
| 30 | iHank | A13NM5D91FX9CP | B0BW56QZH1 | https://www.amazon.com/dp/B09Z5YW7HV |
| 30 | iHank | A13NM5D91FX9CP | B0BW58JH2P | https://www.amazon.com/dp/B0BW58JH2P |
| 31 | Jiaying boundless | AYZXT01VJHT11 | B09Z5YW7HV | https://www.amazon.com/dp/B09Z5YW7HV |
| 32 | Jikay | A2MPDVLEGU1ZU2 | B0C42W9LPH | https://www.amazon.com/dp/B0C42W9LPH |
| 33 | JOBOSI | A193FW6A1JQXMP | B09M9YR1J5 | https://www.amazon.com/dp/B09M9YR1J5 |
| 33 | JOBOSI | A193FW6A1JQXMP | B09MB1871H | https://www.amazon.com/dp/B09MB1871H |
| 33 | JOBOSI | A193FW6A1JQXMP | B0BV1VRMRL | https://www.amazon.com/dp/B0BV1VRMRL |
| 34 | Jonercey | AM28U4LJBMGBV | B0CBVG37CN | https://www.amazon.com/dp/B0CBVG37CN |
| 35 | Joseph Xu | A33N81Z3V5X0K7 | B0BNH52918 | https://www.amazon.com/dp/B0BNH52918 |
| 36 | Krislait | A3CO2ATTZINM15 | B0C7K6SXT2 | https://www.amazon.com/dp/B0C7K6SXT2 |
| 36 | Krislait | A3CO2ATTZINM15 | B0CJXY2MCB | https://www.amazon.com/dp/B0CP594D5K |
| 37 | kyoryuger US | A21KCAAZ15AFDN | B09QFSSVXH | https://www.amazon.com/dp/B09QFSSVXH |
| 38 | liangfei-US | A125I20PIZI53H | B0BM3ZGM83 | https://www.amazon.com/dp/B0BM3ZGM83 |
| 39 | LinXius | A1NLFHTI5NVDP6 | B09HZ54GN1 | https://www.amazon.com/dp/B09HZ54GN1 |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZ6D1LL | https://www.amazon.com/dp/B0BFZ6D1LL |

| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZB1HX7 | https://www.amazon.com/dp/B0BFZB1HX7 |
|---|---|---|---|---|
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZF4KC3 | https://www.amazon.com/dp/B0BFZF4KC3 |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZ2G8XD | https://www.amazon.com/dp/B0BFZ2G8XD |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZ91PK6 | https://www.amazon.com/dp/B0BFZ91PK6 |
| 41 | Longxingshuma | AUJ8LRXZ4WEZ0 | B0B8CKF5NT | https://www.amazon.com/dp/B0B8CKF5NT |
| 42 | Lonulu | A3CHEDKTA88534 | B0C2CSJM52 | https://www.amazon.com/dp/B0C2CSJM52 |
| 42 | Lonulu | A3CHEDKTA88534 | B0C28C9HV4 | https://www.amazon.com/dp/B0C28C9HV4 |
| 43 | LuckyCoast | A10S9HX99D7AUM | B0BFB2ZSZN | https://www.amazon.com/dp/B0BFB2ZSZN |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | B0BV5YZ4RS | https://www.amazon.com/dp/B0BV5YZ4RS |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | B0BV61P4QG | https://www.amazon.com/dp/B0BV61P4QG |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | B0BV61D92P | https://www.amazon.com/dp/B0BV61D92P |
| 45 | Maylai Deals/AuksayUS | A3P51W248MO46I/A52PW94ZSZOLX | B0B3J84WDV | https://www.amazon.com/dp/B0B3J84WDV |
| 46 | MBRFORCE | A2LYPY58FZ5Q8N | B09Z2GH58B | https://www.amazon.com/dp/B09Z2GH58B |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRS83Z2 | https://www.amazon.com/dp/B0CGRS83Z2 |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRV7HJ1 | https://www.amazon.com/dp/B0CGRV7HJ1 |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRVFJJD | https://www.amazon.com/dp/B0CGRVFJJD |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRVWGKH | https://www.amazon.com/dp/B0CGRVWGKH |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0C23NHXQG | https://www.amazon.com/dp/B0C23NHXQG |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGT7TZ66 | https://www.amazon.com/dp/B0CGT7TZ66 |

| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGSY5SLW | https://www.amazon.com/dp/B0CGSY5SLW |
|---|---|---|---|---|
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGSPXVS3 | https://www.amazon.com/dp/B0CGSPXVS3 |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGTB9QHW | https://www.amazon.com/dp/B0CGTB9QHW |
| 49 | Mirolam Vita | A8J9IVEYC8SSI | B0BXY61MQT | https://www.amazon.com/dp/B0BXY61MQT |
| 50 | MOOSKY | A29UTR01Z5NF1A | B0BKQRGN28 | https://www.amazon.com/dp/B0BKQRGN28 |
| 51 | Morcheiong Store | A1R7UO33RYHIHE | B0BZHPF9K9 | https://www.amazon.com/dp/B0BZHPF9K9 |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRPR9BK | https://www.amazon.com/dp/B0CGRPR9BK |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRMDN8N | https://www.amazon.com/dp/B0CGRMDN8N |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRQ1DST | https://www.amazon.com/dp/B0CGRQ1DST |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRLFQMB | https://www.amazon.com/dp/B0CGRLFQMB |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRR62N7 | https://www.amazon.com/dp/B0CGRR62N7 |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRW1DJJ | https://www.amazon.com/dp/B0CGRW1DJJ |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRVLM59 | https://www.amazon.com/dp/B0CGRVLM59 |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRVKLJM | https://www.amazon.com/dp/B0CGRVKLJM |
| 54 | Nirvaer | ABWL7E78XZ4YR | B0BL88XRH1 | https://www.amazon.com/dp/B0BL88XRH1 |
| 55 | nmurieltta | A34P8KKQCQTK21 | B0BY2M6SGZ | https://www.amazon.com/dp/B0BY2M6SGZ |
| 56 | No 5 Kitchen | A33UFLCO25GFIO | B0B4JHNZX7 | https://www.amazon.com/dp/B0B4JHNZX7 |

| | | | | |
|---|---|---|---|---|
| 57 | nusind | A3EOCXXW7J04X6 | B0BDNSY6R1 | https://www.amazon.com/dp/B0BDNSY6R1 |
| 58 | Onucsa | A3E91KSE513T6G | B0B8SJ4NGS | https://www.amazon.com/dp/B0B8SJ4NGS |
| 58 | Onucsa | A3E91KSE513T6G | B0B8SJHFMJ | https://www.amazon.com/dp/B0B8SJHFMJ |
| 59 | Paologis Atomired | A203OS7LM00VYU | B0CGKJZX6X | https://www.amazon.com/dp/B0CGKJZX6X |
| 59 | Paologis Atomired | A203OS7LM00VYU | B0CGKPC8DY | https://www.amazon.com/dp/B0CGKPC8DY |
| 59 | Paologis Atomired | A203OS7LM00VYU | B0C9YVMFD9 | https://www.amazon.com/dp/B0C9YVMFD9 |
| 60 | peacemindtrade | A1ZSJW2KI5WS1R | B0B8Z4PZYW | https://www.amazon.com/dp/B0B8Z4PZYW |
| 61 | QCLILUA | A3NM0O3S00QATH | B0C6D1KKCH | https://www.amazon.com/dp/B0C6CZMQQL |
| 61 | QCLILUA | A3NM0O3S00QATH | B0C6CZMQQL | https://www.amazon.com/dp/B0C6CZMQQL |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VP9PSV | https://www.amazon.com/dp/B0C1VP9PSV |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VNCZL8 | https://www.amazon.com/dp/B0C1VNCZL8 |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VQVT6B | https://www.amazon.com/dp/B0C1VQVT6B |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0B4SFWSPP | https://www.amazon.com/dp/B0B4SFWSPP |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VPBVFJ | https://www.amazon.com/dp/B0C1VPBVFJ |
| 63 | Rony mar | AW9JG0GZ1NBZ3 | B0CGWB8FQN | https://www.amazon.com/dp/B0CGWB8FQN |
| 63 | Rony mar | AW9JG0GZ1NBZ3 | B0CGWC1NFN | https://www.amazon.com/dp/B0CGWC1NFN |
| 63 | Rony mar | AW9JG0GZ1NBZ3 | B0CGWYQNYJ | https://www.amazon.com/dp/B0CGWYQNYJ |
| 64 | Shangzhan | A24LO3GWDTES9U | B0B6396868 | https://www.amazon.com/dp/B0B6396868 |
| 65 | ShanXiPengXiao | A2P6PL4JKA299F | B0CH4BLC32 | https://www.amazon.com/dp/B0CH4BLC32 |
| 65 | ShanXiPengXiao | A2P6PL4JKA299F | B0CH49132J | https://www.amazon.com/dp/B0CH49132J |

| 66 | SHIMUU | A33HH3ELM8OFT0 | B0BKSVCMBB | https://www.amazon.com/dp/B0BKSVCMBB |
| --- | --- | --- | --- | --- |
| 66 | SHIMUU | A33HH3ELM8OFT0 | B0BKSWMLDP | https://www.amazon.com/dp/B0BKSWMLDP |
| 67 | ShockLi | AQX99779BW87R | B0C4XX7BF6 | https://www.amazon.com/dp/B0C4XX7BF6 |
| 68 | Sideim | A3AV2MEIK8SQ89 | B0B3HV51YY | https://www.amazon.com/dp/B0B3HV51YY |
| 69 | Siticoto | A3CP8YVJ2MAGKA | B0B4ZL9JZM | https://www.amazon.com/dp/B0B4ZL9JZM |
| 70 | Snow star | A1SQTKBVH102G9 | B0BXG642Y5 | https://www.amazon.com/dp/B0BXG642Y5 |
| 71 | Strade e-Store | AH6IG80VAB55C | B0BNYKYYY3 | https://www.amazon.com/dp/B0BNYKYYY3 |
| 72 | Subtipy | AAWDZ5UTR745Z | B0B7HVBYGL | https://www.amazon.com/dp/B0B7HVBYGL |
| 73 | SuchinmL | A2NNDO2IBX6O3V | B0BC44TYJL | https://www.amazon.com/dp/B0BC44TYJL |
| 73 | SuchinmL | A2NNDO2IBX6O3V | B0BD622QXW | https://www.amazon.com/dp/B0BD622QXW |
| 74 | sui yang di | ALA6453YG6HGH | B0BYRM211S | https://www.amazon.com/dp/B0BYRM211S |
| 74 | sui yang di | ALA6453YG6HGH | B0C6JTBMK9 | https://www.amazon.com/dp/B0C6JTBMK9 |
| 74 | sui yang di | ALA6453YG6HGH | B0C6JTDC87 | https://www.amazon.com/dp/B0C6JTDC87 |
| 74 | sui yang di | ALA6453YG6HGH | B0C6JTWCSR | https://www.amazon.com/dp/B0C6JTWCSR |
| 74 | sui yang di | ALA6453YG6HGH | B0C6JVQV1R | https://www.amazon.com/dp/B0C6JVQV1R |
| 75 | SUNNIMIX | A2JCX8Z5PAIFQ3 | B0C241NXKQ | https://www.amazon.com/dp/B0C241NXKQ |
| 76 | TaiSheng-US | A4JIMUDYWN4QG | B0C7R5VGC7 | https://www.amazon.com/dp/B0C7R5VGC7 |
| 77 | TATUFY | A2OD62SO7MA0PE | B09XR7GV27 | https://www.amazon.com/dp/B09XR7GV27 |
| 77 | TATUFY | A2OD62SO7MA0PE | B09XRBCVF6 | https://www.amazon.com/dp/B09XRBCVF6 |

| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1T5QYDC | https://www.amazon.com/dp/B0B1T5QYDC |
|---|---|---|---|---|
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1TTG17H | https://www.amazon.com/dp/B0B1T5QYDC |
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1TCQYLF | https://www.amazon.com/dp/B0B1TCQYLF |
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1T8B9XT | https://www.amazon.com/dp/B0B1TCQYLF |
| 79 | Tinabless Come Store | A8SHQNHEY2B7G | B0BF42ZQ4G | https://www.amazon.com/dp/B0BF42ZQ4G |
| 80 | TnaMew | A2XH30V1BEHKWA | B0BV7F7PYN | https://www.amazon.com/dp/B0BV7F7PYN |
| 81 | tracy Zhong | A26RSV9N9NW3ZX | B0C54SNF2Q | https://www.amazon.com/dp/B0C54SNF2Q |
| 82 | TTSAM_meisam | APPNCQQZQ0FQH | B0C3R1G9VM | https://www.amazon.com/dp/B0C3R1G9VM |
| 83 | Vakitar-m | A392YI9UIVL8CF | B0C6FGXGP3 | https://www.amazon.com/dp/B0C6FGXGP3 |
| 84 | VeYocilk | A1SBGSM63F68OW | B0BX3Y48G9 | https://www.amazon.com/dp/B0BX3Y48G9 |
| 84 | VeYocilk | A1SBGSM63F68OW | B0CCVDWQXH | https://www.amazon.com/dp/B0BX3Y48G9 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCCJC72 | https://www.amazon.com/dp/B0BTCCJC72 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCBTJM1 | https://www.amazon.com/dp/B0BTCBTJM1 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCCYKJC | https://www.amazon.com/dp/B0BTCCYKJC |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTC9MQP8 | https://www.amazon.com/dp/B0BTC9MQP8 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCCN6FH | https://www.amazon.com/dp/B0BTCCN6FH |

| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCBKMBQ | https://www.amazon.com/dp/B0BTCBKMBQ |
|---|---|---|---|---|
| 86 | warminrog | A1BRBVPZRJQE8N | B0BD4PYVXB | https://www.amazon.com/dp/B0BD4PYVXB |
| 87 | Wope | A2IAELT73X2DQW | B0BQHDKWJR | https://www.amazon.com/dp/B0BQHDKWJR |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D6YF1Q | https://www.amazon.com/dp/B0B7D6YF1Q |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B09SCCP82Y | https://www.amazon.com/dp/B09SCCP82Y |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D6ZF3V | https://www.amazon.com/dp/B0B7D8CY16 |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D66N1L | https://www.amazon.com/dp/B0B7D66N1L |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7BPZ4BX | https://www.amazon.com/dp/B0B7BPZ4BX |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D8CY16 | https://www.amazon.com/dp/B0B7D8CY16 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTK8L4V | https://www.amazon.com/dp/B0BSTK8L4V |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTK9GB8 | https://www.amazon.com/dp/B0BSTK9GB8 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTK7KHP | https://www.amazon.com/dp/B0BSTK7KHP |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTHVQCM | https://www.amazon.com/dp/B0BSTHVQCM |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTJNPH3 | https://www.amazon.com/dp/B0BSTJNPH3 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTJ99WV | https://www.amazon.com/dp/B0BSTJ99WV |
| 90 | Xuanenxianqunqunyifuzhuangyouxiangongsi | A2NLDLTVQXNFOK | B09TFWMTTW | https://www.amazon.com/dp/B09TFWMTTW |

| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | B0BJ61757Y | https://www.amazon.com/dp/B0BJ61757Y |
| --- | --- | --- | --- | --- |
| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | B0BXNBDBN2 | https://www.amazon.com/dp/B0BXNBDBN2 |
| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | B0BHZBD7L6 | https://www.amazon.com/dp/B0BHZBD7L6 |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | B0BZW3V4GY | https://www.amazon.com/dp/B0BZW3V4GY |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | B0BZW637TV | https://www.amazon.com/dp/B0BZW637TV |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | B0BZW6G8GJ | https://www.amazon.com/dp/B0BZW6G8GJ |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M1Y469 | https://www.amazon.com/dp/B0C4M1Y469 |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4LZYVSR | https://www.amazon.com/dp/B0C4LZYVSR |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M42LTY | https://www.amazon.com/dp/B0C4M42LTY |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4LZYXRY | https://www.amazon.com/dp/B0C4LZYXRY |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M33TLG | https://www.amazon.com/dp/B0C4M33TLG |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M2BSL6 | https://www.amazon.com/dp/B0C4M2BSL6 |
| 94 | Yo Fish | A3CJ1WZ1FMI9O0 | B0BN5FNJWZ | https://www.amazon.com/dp/B0BN5FNJWZ |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C241VP3L | https://www.amazon.com/dp/B0C241VP3L |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C2425R2M | https://www.amazon.com/dp/B0C2425R2M |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C243F5HP | https://www.amazon.com/dp/B0C243F5HP |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C23YMXPM | https://www.amazon.com/dp/B0C23YMXPM |

| | | | | |
|---|---|---|---|---|
| 96 | Yunfan YBJ | A2GO3HLQ3AZU2J | B0BWSFGZV4 | https://www.amazon.com/dp/B0BWSFGZV4 |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ13MHHQ | https://www.amazon.com/dp/B0BZ13MHHQ |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ11QJDM | https://www.amazon.com/dp/B0BZ11QJDM |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ12GB16 | https://www.amazon.com/dp/B0BZ12GB16 |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ11WSCR | https://www.amazon.com/dp/B0BZ11WSCR |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYGFL4Z | https://www.amazon.com/dp/B0BWYGFL4Z |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYJDNNK | https://www.amazon.com/dp/B0BWYJDNNK |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYB6M3W | https://www.amazon.com/dp/B0BWYB6M3W |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYDYB81 | https://www.amazon.com/dp/B0BWYDYB81 |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYHVJ2K | https://www.amazon.com/dp/B0BWYHVJ2K |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYG6L4W | https://www.amazon.com/dp/B0BWYG6L4W |
| 99 | Zhengruus | A2A5MQYNQ5G8YU | B0CDQ613QD | https://www.amazon.com/dp/B0CDQ613QD |
| 99 | Zhengruus | A2A5MQYNQ5G8YU | B0CDQ4GL8G | https://www.amazon.com/dp/B0CDQ4GL8G |
| 100 | 风逝九日商贸 (Cookx) | AAAKX2BLQVPS3 | B0CBRML3K9 | https://www.amazon.com/dp/B0CBRML3K9 |
| 101 | Emmy-USshop | emmyusshop | 3.55E+11 | https://www.ebay.com/itm/355110657024 |
| 102 | Fishing Corner | fishingcorner | 2.35E+11 | https://www.ebay.com/itm/234876199656 |
| 103 | focalmotors | focalmotors | 2.75E+11 | https://www.ebay.com/itm/275495821106 |
| 103 | focalmotors | focalmotors | 3.05E+11 | https://www.ebay.com/itm/304658270651 |

| 104 | Angrybaby | 5b374d0848fca93ec19818be | 64e041b06d768593e2c4238e | https://www.wish.com/product/64e041b06d768593e2c4238e |
| --- | --- | --- | --- | --- |
| 105 | Aphoooorism | 5b03b5410128756b1ece1280 | 64570afb59ea8eea1a056ffa | https://www.wish.com/product/64570afb59ea8eea1a056ffa |
| 106 | BaiFuXin | 5da571bb5d73456ea47cc466 | 646c8fb04c63bb50de3db126 | https://www.wish.com/product/646c8fb04c63bb50de3db126 |
| 107 | BeautifulLake | 54d43e19c5cb4015cecf888f | 64c575652c6a92256bb657f6 | https://www.wish.com/product/64c575652c6a92256bb657f6 |
| 108 | C9Dshop | 58e6fe5ab5fde3105f62c10c | 64ed597812657ebecb4256e8 | https://www.wish.com/product/64ed597812657ebecb4256e8 |
| 109 | ChenXinRue | 5fe19a2bb4b85f11dfac067b | 64a1ab44e1d131bd57e94c2a | https://www.wish.com/product/64a1ab44e1d131bd57e94c2a |
| 110 | dealstoday | 5577ea1f0f835e1a06303fe6 | 6171703acda631d408f61727 | https://www.wish.com/product/6171703acda631d408f61727 |
| 111 | GHJGHGH | 5e7c2a06922b3231e8e6c76b | 64df9bc45d7659f91b2a9cc6 | https://www.wish.com/product/64df9bc45d7659f91b2a9cc6 |
| 112 | Globalmarket | 53b79e4546188e74e15f7d68 | 64d5f20f33917c4e6118aefe | https://www.wish.com/product/64d5f20f33917c4e6118aefe |
| 113 | goldbless2019 | 5d4e258dae479644a93589e6 | 64debba9825ce5ebdae0f786 | https://www.wish.com/product/64debba9825ce5ebdae0f786 |
| 114 | huiyamin | 59300e9bad56b24679641b3f | 63204cfe3934f6c2bf57f1cd | https://www.wish.com/product/63204cfe3934f6c2bf57f1cd |
| 115 | huyan0817 | 5f45d1418f7286d8819d2862 | 64818d3cc8e65c7b5a45975a | https://www.wish.com/product/64818d3cc8e65c7b5a45975a |
| 115 | huyan0817 | 5f45d1418f7286d8819d2862 | 6458b99b40d34f54991d1dda | https://www.wish.com/product/6458b99b40d34f54991d1dda |
| 116 | indianapolis | 562f3fd6d0dee729201c5193 | 617171b797bce4c5fb457d3e | https://www.wish.com/product/617171b797bce4c5fb457d3e |
| 117 | jiangliRR | 5c149f44d6de137dec617f6e | 64655942faf067af79404571 | https://www.wish.com/product/64655942faf067af79404571 |
| 118 | JinglianluanuW | 5e60555a4755ccc17325abf3 | 61bad2445f8737e3d88faaa9 | https://www.wish.com/product/61bad2445f8737e3d88faaa9 |

| | | | | |
|---|---|---|---|---|
| 119 | joeyyy | 5b076eb6c721a96 30e172601 | 64e12a95119 7d965e30d44 45 | https://www.wish.com/product/64e12a9511 97d965e30d4445 |
| 120 | kangqiyongpi nyou | 5ec6673dc88c69b 989b8f63b | 6171718b8ca 72ffe5924597 d | https://www.wish.com/product/6171718b8c a72ffe5924597d |
| 121 | keoshlunlun | 5d5e37ce40defd1 8f326280d | 64b6e208762f a9161ecc85d6 | https://www.wish.com/product/64b6e20876 2fa9161ecc85d6 |
| 122 | Lemon tree oe | 582bf8df82c7bb03 f5b1e842 | 617624f3eb3c 4a2e03eaba8 2 | https://www.wish.com/product/617624f3eb 3c4a2e03eaba82 |
| 123 | LL-Utopia | 58b7f17cf1c0ab52 773e1359 | 641df384936e afc90e84f385 | https://www.wish.com/product/641df38493 6eafc90e84f385 |
| 123 | LL-Utopia | 58b7f17cf1c0ab52 773e1359 | 6410f106ce80 e81b746bb26 2 | https://www.wish.com/product/6410f106ce 80e81b746bb262 |
| 124 | loveryu | 5f856895bde3a8f9 5128437a | 64b6cabeb78 2e8cbe966040 00 | https://www.wish.com/product/64b6cabeb7 82e8cbe9660400 |
| 125 | Master master | 58380cc08108914 cabd31f8f | 617280d8ddb 4c882d49028 b7 | https://www.wish.com/product/617280d8dd b4c882d49028b7 |
| 126 | mengmengm aliu | 5982e5f13eb22a5 ace42d66b | 6171718584b 12eef864175e 7 | https://www.wish.com/product/6171718584 b12eef864175e7 |
| 127 | qatsebcd | 5f602c0c96c03e0 51a06e203 | 645e0532c1a a3afb8c1a627 1 | https://www.wish.com/product/645e0532c1 aa3afb8c1a6271 |
| 128 | Qeearsstore | 5b209683daac454 f9b94c685 | 64d29a58b70 bc5cc62a7d2e 2 | https://www.wish.com/product/64d29a58b7 0bc5cc62a7d2e2 |
| 129 | Soullmmate | 5d3faa0d25e4ec3 9af823295 | 645eeef3f5e7 7803ed997e0f | https://www.wish.com/product/645eeef3f5e 77803ed997e0f |
| 130 | sweetyourho me2019 | 5d5fb39d3d24b76f cec47892 | 64e0091eb65 a3e25edf6c2c 7 | https://www.wish.com/product/64e0091eb6 5a3e25edf6c2c7 |
| 131 | TZAC | 61603dfc70e3970 314634dc8 | 61e27332513 e0793761c60 ee | https://www.wish.com/product/61e2733251 3e0793761c60ee |
| 131 | TZAC | 61603dfc70e3970 314634dc8 | 62aaa9d333bf 89cd28db49c4 | https://www.wish.com/product/62aaa9d333 bf89cd28db49c4 |
| 131 | TZAC | 61603dfc70e3970 314634dc8 | 62aab3ac577f 2a619276cc83 | https://www.wish.com/product/62aab3ac57 7f2a619276cc83 |

| 132 | WanDmaoStudio | 5b80aefe114a101b23bff1d5 | 64f4b521c2e7debe35b2d186 | https://www.wish.com/product/64f4b521c2e7debe35b2d186 |
| --- | --- | --- | --- | --- |
| 133 | wuyanan52 | 6007934d64eae01e60613de3 | 64818a09c732c1b0fe4c3415 | https://www.wish.com/product/64818a09c732c1b0fe4c3415 |
| 134 | xafuvogt | 5f6c53b82ef0bd06aee72048 | 64ed6e919ada25a816731408 | https://www.wish.com/product/64ed6e919ada25a816731408 |
| 135 | xuguangzhuang0907 | 60a9d95fb2412b82b64f916b | 6458b9be4034603593cd1680 | https://www.wish.com/product/6458b9be4034603593cd1680 |