

Hon. Virginia M. Kendall
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street – Courtroom 2519
CHICAGO, IL 60604

**<u>Virtual Hearing Request Form – Civil Cases</u>**

Virtual hearings must be pre-approved by the Court. If you need to appear virtually, send this completed form to Judge Kendall's Courtroom Deputy at Lynn_Kandziora@ilnd.uscourts.gov **THREE** days prior to the hearing. The Courtroom Deputy will inform you as to whether your request has been approved by entering an order on the docket sheet placing your case on the virtual hearing day. If your case has not been moved to the virtual hearing day, you should assume that it is IN PERSON.

Case Number: _____

Case Name: _____

Requester Name(s): _____

Representing: _____

I request a virtual hearing due to:

☐ Illness (either my own or an immediate member of my family)

☐ Expense (it would be a hardship on my client to have me appear in person)

☐ Hardship (due to significant conflicts I am unable to appear in person)
   Please state the reason below.

☐ Travel (if I appear virtually, I will save my client from unwarranted expense)

My request is agreed to by the opposing party. _____ (Yes/No)

If needed, please provide further details about your request below.

_____  _____
Signature                Date