IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Case No.: 24-cv-01139 <br><br> Judge: Hon. Virginia M. Kendall <br><br> Magistrate: Hon. Beth W. Jantz |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Mingfei Zhu files this Motion seeking this Court's authorization to effectuate service of process by e-mail and electronic publication. A Memorandum of Law in Support is filed concurrently herewith.

Dated: March 21, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601 (312) 523-2164
kevin.keener@keenerlegal.com