EXHIBIT 1 TO DECLARTION OF MINGFEI ZHU UNDER SEAL