EXHIBIT 2 TO DECLARTION OF KEVIN KEENER UNDER SEAL