IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu<br><br>        Plaintiff,<br>v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>        Defendants. | Case No.: 24-cv-01139<br><br>Judge: Hon. Virginia M. Kendall<br><br>Magistrate: Hon. Beth W. Jantz |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 26, 2024 at 9:00 a.m., or as soon counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any judge sitting in his or her stead in Courtroom 2503 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present

- PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

- PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED.R.CIV.P. 4(f)(3)

- PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, AND EXPEDITED DISCOVERY ORDER

Dated this March 21, 2024

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601

(312) 523-2164
kevin.keener@keenerlegal.com