IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu | |
|         Plaintiff, | Case No.: 24-cv-01139 |
| v. | Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Beth W. Jantz |
|         Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, ASSET RESTRAINING ORDER, AND EXPEDITED DISCOVERY ORDER**

Plaintiff seeks entry of an *ex parte* Temporary Restraining Order; Asset Restraining Order; and Expedited Discovery Order on an action arising out of 35 U.S.C. § 271; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510.

A Memorandum of Law in Support is filed concurrently with this Motion at Docket No. 10.

Dated this March 21, 2024

                                                Respectfully submitted,

                                    By: /s/ Kevin Keener
                                                             Kevin J. Keener
                                                             ARDC # 6296898
                                                    Keener & Associates, P.C.
                                       161 N. Clark Street, Suite #1600
                                                              Chicago, IL 60601
                                                              (312) 523-2164
                                 kevin.keener@keenerlegal.com