# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mingfei Zhu

　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:24−cv−01139

　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Partnerships and Unincorporated Associations Identified in Schedule A, The

　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 26, 2024:

　　MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 3/26/2024. Plaintiff's Motion for alternative service of process [8] and Motion for leave to file under seal [7] are granted. Plaintiff's Sealed Motion for Temporary Restraining Order [13] is granted and shall remain in effect up to and including 4/9/2024. Sealed Order to follow. Status hearing set for 4/9/2024 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.