**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MINGFEI ZHU, | Case No. 24-cv-01139 |
| Plaintiff, | |
| | **Judge** |
| v. | |
| | **Magistrate Judge Beth W. Jantz** |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Minfei Zhu ("ZHU") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS ZHU's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, ZHU has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

ZHU's federally registered patent (the "ZHU PATENT") to residents of Illinois. In this case, ZHU has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the ZHU PATENT. *See* Docket No. 11 through 11-2, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ZHU Patent. A list of the ZHU Patent is included in the below chart.

| REGISTRATION NUMBER | DESIGN |
| --- | --- |
| US Patent D1,000,857 |  |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because ZHU has presented specific facts in the Declaration of Mingfei Zhu in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a.  using the ZHU Patented Design or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ZHU product or not authorized by ZHU to be sold in connection with the ZHU Patented Design ;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine ZHU product or any other product produced by ZHU, that is not ZHU's or not produced under the authorization, control, or supervision of ZHU and approved by ZHU for sale;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of ZHU, or are sponsored by, approved by, or otherwise connected with ZHU; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for ZHU, nor authorized by ZHU to be sold or offered

for sale, and which bear any of ZHU's trademarks, including the ZHU Patented Design,

or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any

of Defendants' financial accounts.

3. ZHU is authorized to issue expedited written discovery to Defendants, pursuant to Federal

Rules of Civil Procedure 33, 34, and 36, related to:

a. the identities and locations of Defendants, their officers, agents, servants, employees,

attorneys, and any persons acting in active concert or participation with them, including

all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for

services, and financial information, including, without limitation, identifying

information associated with the Online Marketplaces and Defendants' financial

accounts, including Defendants' sales and listing history related to their respective

Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers,

agents, servants, employees, attorneys, and any persons acting in active concert or

participation with them, including such accounts residing with or under the control of

any banks, savings and loan associations, payment processors or other financial

institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay,

ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd.

("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other

merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon ZHU's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to ZHU expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant

Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5.     Upon ZHU's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the ZHU Patented Design.

6.     Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a.   locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

   b.   restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court or until the Order expires, whichever occurs earlier.

7.     ZHU may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties.  The Clerk of the Court is directed to issue a single original summons in the name of "Aertiavty and all other Defendants identified in the Complaint" that shall apply to all Defendants.  The combination of providing notice via electronic publication and e-mail, along with any

notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. ZHU must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

9. ZHU's Schedule A, and Exhibit 2 and Exhibit 3 to the Pleading(s) [DOCKET NO. 4, 4-1, 4-2] and Exhibit 1 to the Declaration of Mingfei Zhu [DOCKET NO. 11, 11-1, 11-2] and Exhibit 2 to the Declaration of Kevin Keener [DOCKET NO. 11-3], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

10. Within seven (7) calendar days of entry of this Order, ZHU shall deposit with the Court a bond of $10,000, either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. This Temporary Restraining Order without notice is entered at 9:30 A.M. on this 26th day of March, 2024 and shall remain in effect for fourteen (14) calendar days.

_____

HON. VIRGINIA KENDALL
United States District Judge

# Schedule A

| Doe | Seller | Seller ID | Product ID | URL |
|---|---|---|---|---|
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BJKQ4T8G | https://www.amazon.com/dp/B0BJKQ4T8G |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BXDFCT3C | https://www.amazon.com/dp/B0BXDFCT3C |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BJKNLT28 | https://www.amazon.com/dp/B0BJKNWR6C |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BYJLRX6M | https://www.amazon.com/dp/B0BYJLRX6M |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BJKNWR6C | https://www.amazon.com/dp/B0BJKNWR6C |
| 1 | Aertiavty | A81E4ZAOCOR24 | B0BYJM8L6M | https://www.amazon.com/dp/B0BYJM8L6M |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGS1Q4B4 | https://www.amazon.com/dp/B0CGS1Q4B4 |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGRV8JZP | https://www.amazon.com/dp/B0CGRV8JZP |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGRS6VXJ | https://www.amazon.com/dp/B0CGRS6VXJ |
| 2 | Almencla US | A2C8XBVC2XSV8U | B0CGRS1KVC | https://www.amazon.com/dp/B0CGRS1KVC |
| 3 | Alvin Luo | A1R53WOPGR7IXC | B0CGL1MYTK | https://www.amazon.com/dp/B0CGL1MYTK |
| 3 | Alvin Luo | A1R53WOPGR7IXC | B0CCCB9KC6 | https://www.amazon.com/dp/B0CCCB9KC6 |

| 4 | Anroop | A329RP9VMRWJV4 | B0CJPGMWMC | https://www.amazon.com/dp/B0CJPGMWMC |
| 4 | Anroop | A329RP9VMRWJV4 | B0CJPHPDC7 | https://www.amazon.com/dp/B0CJPHPDC7 |
| 5 | aooyaoo store | A3TOUZONR3V5N4 | B0BJ6XC28C | https://www.amazon.com/dp/B0BJ6XC28C |
| 5 | aooyaoo store | A3TOUZONR3V5N4 | B0BJ71JJ27 | https://www.amazon.com/dp/B0BJ71JJ27 |
| 6 | beauxx | A2FF1VUHFX1IKT | B0BZW8TDW8 | https://www.amazon.com/dp/B0BZW8TDW8 |
| 6 | beauxx | A2FF1VUHFX1IKT | B0BZW956QW | https://www.amazon.com/dp/B0BZW956QW |
| 6 | beauxx | A2FF1VUHFX1IKT | B0BZW9JDK9 | https://www.amazon.com/dp/B0BZW9JDK9 |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BDRWPBHC | https://www.amazon.com/dp/B0BDRWPBHC |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJV3S6PR | https://www.amazon.com/dp/B0BJV3S6PR |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJV932K4 | https://www.amazon.com/dp/B0C1B7PYMM |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJTB7Y3H | https://www.amazon.com/dp/B0BJTB7Y3H |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0B2P3HGXF | https://www.amazon.com/dp/B0C1B7PYMM |
| 7 | ChengNuo-US | A11ILQ412HNTGH | B0BJTW5M1G | https://www.amazon.com/dp/B0BJTW5M1G |

| 8 | Ching Meilun | A2FXVL8C7RQGYT | B0BY746ZXP | https://www.amazon.com/dp/B0BY746ZXP |
| 9 | Colcolo | A16K3SHNME32AS | B0BHQ5F9D7 | https://www.amazon.com/dp/B0BHQ5F9D7 |
| 9 | Colcolo | A16K3SHNME32AS | B0BHQ59LZ6 | https://www.amazon.com/dp/B0BHQ59LZ6 |
| 10 | Corebes | A1USFZBK0N5SNW | B0BB9N15ZJ | https://www.amazon.com/dp/B0BB9N15ZJ |
| 11 | dagonghun | A10FDYQXNXIU3B | B0B8MFVCW1 | https://www.amazon.com/dp/B0B8MFVCW1 |
| 11 | dagonghun | A10FDYQXNXIU3B | B0B8LZRLNH | https://www.amazon.com/dp/B0B8LZRLNH |
| 12 | D-FantiX Direct | A3JD8M5SUH8JHZ | B0B876LZDQ | https://www.amazon.com/dp/B0BB9N15ZJ |
| 13 | Dingco | AW4LP7LA048V3 | B0B56LPMYF | https://www.amazon.com/dp/B0B56LPMYF |
| 13 | Dingco | AW4LP7LA048V3 | B09VBK8CPZ | https://www.amazon.com/dp/B09VBK8CPZ |
| 13 | Dingco | AW4LP7LA048V3 | B0B56P6LJT | https://www.amazon.com/dp/B0B56P6LJT |
| 14 | Dremisland Direct | A1N5ASDIVW0EZQ | B0B2K999PX | https://www.amazon.com/dp/B0B2K999PX |
| 15 | e5e10 | A21X3MY6ORIU0C | B09Y89FZ42 | https://www.amazon.com/dp/B09Y89FZ42 |
| 16 | figatiaus/Baoblaze | ALU0CH1LRE4S2 | B0C3RPKF54 | https://www.amazon.com/dp/B0C3RPKF54 |

| 17 | flashpig | A2TYOQDR82AJ7C | B0C331N5WRC | https://www.amazon.com/dp/B0C331N5WR |
| 17 | flashpig | A2TYOQDR82AJ7C | B0C332986X | https://www.amazon.com/dp/B0C332986X |
| 17 | flashpig | A2TYOQDR82AJ7C | B0C333VBX5 | https://www.amazon.com/dp/B0C333VBX5 |
| 18 | ybbaby2018 | 5ba30e1873d934426dc8cb04 | 64de069c3867541ad1aaa332 | https://www.wish.com/product/64de069c3867541ad1aaa332 |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | B0BX6CL66V | https://www.amazon.com/dp/B0BX6CL66V |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | B0BX69F6N8 | https://www.amazon.com/dp/B0BX69F6N8 |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | B0BX69RF8M | https://www.amazon.com/dp/B0BX69RF8M |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6CTV7M | https://www.amazon.com/dp/B0CJ6CTV7M |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6GQ2LX | https://www.amazon.com/dp/B0CJ6GQ2LX |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6G1SNB | https://www.amazon.com/dp/B0CJ6G1SNB |
| 20 | gansh | A25EBPOVVDNS5E | B0CJ6CY1NP | https://www.amazon.com/dp/B0CJ6CY1NP |
| 21 | GentleFang | A2QSDEU3UISABU | B0CHLVQ7QM | https://www.amazon.com/dp/B0CHLVQ7QM |
| 21 | GentleFang | A2QSDEU3UISABU | B0CHLXJYJ2 | https://www.amazon.com/dp/B0CHLXJYJ2 |

11

| 21 | GentleFang | A2QSDEU3UISABU | B0CHLY1G8M | https://www.amazon.com/dp/B0CHLY1G8M |
| 22 | GIRIBIT | AVDRGVD4436GJ | B09YRMDJD2 | https://www.amazon.com/dp/B09YRMDJD2 |
| 23 | Grand Di | AA91IZO10WMJ | B0C48JSTRF | https://www.amazon.com/dp/B0C48JSTRF |
| 23 | Grand Di | AA91IZO10WMJ | B0C8TWQR1K | https://www.amazon.com/dp/B0C8TWQR1K |
| 23 | Grand Di | AA91IZO10WMJ | B0CGW8Z2HS | https://www.amazon.com/dp/B0CGW8Z2HS |
| 23 | Grand Di | AA91IZO10WMJ | B0CGWBRZ71 | https://www.amazon.com/dp/B0CGWBRZ71 |
| 23 | Grand Di | AA91IZO10WMJ | B0CGW7HBV3 | https://www.amazon.com/dp/B0CGW7HBV3 |
| 24 | GuangYun Gongsi | A1EBA5ESVBLF4L | B0B24VZHVB | https://www.amazon.com/dp/B0B24VZHVB |
| 24 | GuangYun Gongsi | A1EBA5ESVBLF4L | B0B24V8MRT | https://www.amazon.com/dp/B0B24V8MRT |
| 25 | Herlloy | A3VPP7J0858G9G | B0CH1P3WZ1 | https://www.amazon.com/dp/B0CH1P3WZ1 |
| 26 | homozyUS | A1QYW3B53A0F19 | B0BG72VHGX | https://www.amazon.com/dp/B0BG72VHGX |
| 27 | hudm2y | A27UI2INBG4UHD | B0BG6V77DX | https://www.amazon.com/dp/B0BG6V77DX |
| 27 | hudm2y | A27UI2INBG4UHD | B0BG6V8MDZ | https://www.amazon.com/dp/B0BG6V77DX |

12

| 28 | HYLANCE-US | A2PIXQHKR0RPCH | B0BC1D99XW | https://www.amazon.com/dp/B0BC1GMVPM |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH | B0BC1J25T2 | https://www.amazon.com/dp/B0BC1GMVPM |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH | B0BC1GMVPM | https://www.amazon.com/dp/B0BC1GMVPM |
| 29 | ieBabay | A2FAUNGTSKFU1B | B0BHNYBNBK | https://www.amazon.com/dp/B0BHNYBNBK |
| 29 | ieBabay | A2FAUNGTSKFU1B | B0BC3W5NB7 | https://www.amazon.com/dp/B0BC3W5NB7 |
| 29 | ieBabay | A2FAUNGTSKFU1B | B0BHNY7N8N | https://www.amazon.com/dp/B0BHNY7N8N |
| 30 | iHank | A13NM5D91FX9CP | B0BW5BVVDM | https://www.amazon.com/dp/B0BW5BVVDM |
| 30 | iHank | A13NM5D91FX9CP | B0BW569D4R | https://www.amazon.com/dp/B0BW569D4R |
| 30 | iHank | A13NM5D91FX9CP | B0BW56QZH1 | https://www.amazon.com/dp/B09Z5YW7HV |
| 30 | iHank | A13NM5D91FX9CP | B0BW58JH2P | https://www.amazon.com/dp/B0BW58JH2P |
| 31 | Jiaying boundless | AYZXT01VJHT11 | B09Z5YW7HV | https://www.amazon.com/dp/B09Z5YW7HV |
| 32 | Jikay | A2MPDVLEGU1ZU2 | B0C42W9LPH | https://www.amazon.com/dp/B0C42W9LPH |
| 33 | JOBOSI | A193FW6A1JQXMP | B09M9YR1J5 | https://www.amazon.com/dp/B09M9YR1J5 |

| 33 | JOBOSI | A193FW6A1JQXMP | B09MB1871H | https://www.amazon.com/dp/B09MB1871H |
| 33 | JOBOSI | A193FW6A1JQXMP | B0BV1VRMRL | https://www.amazon.com/dp/B0BV1VRMRL |
| 34 | Jonercey | AM28U4LJBMGBV | B0CBVG37CN | https://www.amazon.com/dp/B0CBVG37CN |
| 35 | Joseph Xu | A33N81Z3V5X0K7 | B0BNH52918 | https://www.amazon.com/dp/B0BNH52918 |
| 36 | Krislait | A3CO2ATTZINM15 | B0C7K6SXT2 | https://www.amazon.com/dp/B0C7K6SXT2 |
| 36 | Krislait | A3CO2ATTZINM15 | B0CJXY2MCB | https://www.amazon.com/dp/B0CP594D5K |
| 37 | kyoryuger US | A21KCAAZ15AFDN | B09QFSSVXH | https://www.amazon.com/dp/B09QFSSVXH |
| 38 | liangfei-US | A125I20PIZI53H | B0BM3ZGM83 | https://www.amazon.com/dp/B0BM3ZGM83 |
| 39 | LinXius | A1NLFHTI5NVDP6 | B09HZ54GN1 | https://www.amazon.com/dp/B09HZ54GN1 |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZ6D1LL | https://www.amazon.com/dp/B0BFZ6D1LL |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZB1HX7 | https://www.amazon.com/dp/B0BFZB1HX7 |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZF4KC3 | https://www.amazon.com/dp/B0BFZF4KC3 |
| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZ2G8XD | https://www.amazon.com/dp/B0BFZ2G8XD |

| 40 | liukouuly | AQJZ71EIHTL0W | B0BFZ91PK6 | https://www.amazon.com/dp/B0BFZ91PK6 |
|----|-----------|---------------|------------|--------------------------------------|
| 41 | Longxingshuma | AUJ8LRXZ4WEZ0 | B0B8CKF5NT | https://www.amazon.com/dp/B0B8CKF5NT |
| 42 | Lonulu | A3CHEDKTA88534 | B0C2CSJM52 | https://www.amazon.com/dp/B0C2CSJM52 |
| 42 | Lonulu | A3CHEDKTA88534 | B0C28C9HV4 | https://www.amazon.com/dp/B0C28C9HV4 |
| 43 | LuckyCoast | A10S9HX99D7AUM | B0BFB2ZSZN | https://www.amazon.com/dp/B0BFB2ZSZN |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | B0BV5YZ4RS | https://www.amazon.com/dp/B0BV5YZ4RS |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | B0BV61P4QG | https://www.amazon.com/dp/B0BV61P4QG |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | B0BV61D92P | https://www.amazon.com/dp/B0BV61D92P |
| 45 | Maylai Deals/Auksay US | A3P51W248MO46I/A52PW94ZSZOLX | B0B3J84WDV | https://www.amazon.com/dp/B0B3J84WDV |
| 46 | MBRFORCE | A2LYPY58FZ5Q8N | B09Z2GH58B | https://www.amazon.com/dp/B09Z2GH58B |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRS83Z2 | https://www.amazon.com/dp/B0CGRS83Z2 |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRV7HJ1 | https://www.amazon.com/dp/B0CGRV7HJ1 |
| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRVFJJD | https://www.amazon.com/dp/B0CGRVFJJD |

| 47 | menolanaUS | A2XL9F65VRE6S6 | B0CGRVWGKH | https://www.amazon.com/dp/B0CGRVWGKH |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0C23NHXQG | https://www.amazon.com/dp/B0C23NHXQG |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGT7TZ66 | https://www.amazon.com/dp/B0CGT7TZ66 |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGSY5SLW | https://www.amazon.com/dp/B0CGSY5SLW |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGSPXVS3 | https://www.amazon.com/dp/B0CGSPXVS3 |
| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | B0CGTB9QHW | https://www.amazon.com/dp/B0CGTB9QHW |
| 49 | Mirolam Vita | A8J9IVEYC8SSI | B0BXY61MQT | https://www.amazon.com/dp/B0BXY61MQT |
| 50 | MOOSKY | A29UTR01Z5NF1A | B0BKQRGN28 | https://www.amazon.com/dp/B0BKQRGN28 |
| 51 | Morcheiong Store | A1R7UO33RYHIHE | B0BZHPF9K9 | https://www.amazon.com/dp/B0BZHPF9K9 |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRPR9BK | https://www.amazon.com/dp/B0CGRPR9BK |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRMDN8N | https://www.amazon.com/dp/B0CGRMDN8N |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRQ1DST | https://www.amazon.com/dp/B0CGRQ1DST |
| 52 | mubenbeo | A1UFJK74GMCHNE | B0CGRLFQMB | https://www.amazon.com/dp/B0CGRLFQMB |

| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRR62N7 | https://www.amazon.com/dp/B0CGRR62N7 |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRW1DJJ | https://www.amazon.com/dp/B0CGRW1DJJ |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRVLM59 | https://www.amazon.com/dp/B0CGRVLM59 |
| 53 | muximaoyi | A1X927XNV7EHO7 | B0CGRVKLJM | https://www.amazon.com/dp/B0CGRVKLJM |
| 54 | Nirvaer | ABWL7E78XZ4YR | B0BL88XRH1 | https://www.amazon.com/dp/B0BL88XRH1 |
| 55 | nmurieltta | A34P8KKQCQTK21 | B0BY2M6SGZ | https://www.amazon.com/dp/B0BY2M6SGZ |
| 56 | No 5 Kitchen | A33UFLCO25GFIO | B0B4JHNZX7 | https://www.amazon.com/dp/B0B4JHNZX7 |
| 57 | nusind | A3EOCXXW7J04X6 | B0BDNSY6R1 | https://www.amazon.com/dp/B0BDNSY6R1 |
| 58 | Onucsa | A3E91KSE513T6G | B0B8SJ4NGS | https://www.amazon.com/dp/B0B8SJ4NGS |
| 58 | Onucsa | A3E91KSE513T6G | B0B8SJHFMJ | https://www.amazon.com/dp/B0B8SJHFMJ |
| 59 | Paologis Atomired | A203OS7LM00VYU | B0CGKJZX6X | https://www.amazon.com/dp/B0CGKJZX6X |
| 59 | Paologis Atomired | A203OS7LM00VYU | B0CGKPC8DY | https://www.amazon.com/dp/B0CGKPC8DY |
| 59 | Paologis Atomired | A203OS7LM00VYU | B0C9YVMFD9 | https://www.amazon.com/dp/B0C9YVMFD9 |

| 60 | peacemindtrade | A1ZSJW2KI5WS1R | B0B8Z4PZYW | https://www.amazon.com/dp/B0B8Z4PZYW |
| 61 | QCLILUA | A3NM0O3S00QATH | B0C6D1KKCH | https://www.amazon.com/dp/B0C6CZMQQL |
| 61 | QCLILUA | A3NM0O3S00QATH | B0C6CZMQQL | https://www.amazon.com/dp/B0C6CZMQQL |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VP9PSV | https://www.amazon.com/dp/B0C1VP9PSV |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VNCZL8 | https://www.amazon.com/dp/B0C1VNCZL8 |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VQVT6B | https://www.amazon.com/dp/B0C1VQVT6B |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0B4SFWSPP | https://www.amazon.com/dp/B0B4SFWSPP |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | B0C1VPBVFJ | https://www.amazon.com/dp/B0C1VPBVFJ |
| 63 | Rony mar | AW9JG0GZ1NBZ3 | B0CGWB8FQN | https://www.amazon.com/dp/B0CGWB8FQN |
| 63 | Rony mar | AW9JG0GZ1NBZ3 | B0CGWC1NFN | https://www.amazon.com/dp/B0CGWC1NFN |
| 63 | Rony mar | AW9JG0GZ1NBZ3 | B0CGWYQNYJ | https://www.amazon.com/dp/B0CGWYQNYJ |
| 64 | Shangzhan | A24LO3GWDTES9U | B0B6396868 | https://www.amazon.com/dp/B0B6396868 |
| 65 | ShanXiPeng Xiao | A2P6PL4JKA299F | B0CH4BLC32 | https://www.amazon.com/dp/B0CH4BLC32 |

| 65 | ShanXiPeng Xiao | A2P6PL4JKA299F | B0CH49132J | https://www.amazon.com/dp/B0CH49132J |
|---|---|---|---|---|
| 66 | SHIMUU | A33HH3ELM8OFT0 | B0BKSVCMBB | https://www.amazon.com/dp/B0BKSVCMBB |
| 66 | SHIMUU | A33HH3ELM8OFT0 | B0BKSWMLDP | https://www.amazon.com/dp/B0BKSWMLDP |
| 67 | ShockLi | AQX99779BW87R | B0C4XX7BF6 | https://www.amazon.com/dp/B0C4XX7BF6 |
| 68 | Sideim | A3AV2MEIK8SQ89 | B0B3HV51YY | https://www.amazon.com/dp/B0B3HV51YY |
| 69 | Siticoto | A3CP8YVJ2MAGKA | B0B4ZL9JZM | https://www.amazon.com/dp/B0B4ZL9JZM |
| 70 | Snow star | A1SQTKBVH102G9 | B0BXG642Y5 | https://www.amazon.com/dp/B0BXG642Y5 |
| 71 | Strade e-Store | AH6IG80VAB55C | B0BNYKYYY3 | https://www.amazon.com/dp/B0BNYKYYY3 |
| 72 | Subtipy | AAWDZ5UTR745Z | B0B7HVBYGL | https://www.amazon.com/dp/B0B7HVBYGL |
| 73 | SuchinmL | A2NNDO2IBX6O3V | B0BC44TYJL | https://www.amazon.com/dp/B0BC44TYJL |
| 73 | SuchinmL | A2NNDO2IBX6O3V | B0BD622QXW | https://www.amazon.com/dp/B0BD622QXW |
| 74 | sui yang di | ALA6453YG6HGH | B0BYRM211S | https://www.amazon.com/dp/B0BYRM211S |
| 74 | sui yang di | ALA6453YG6HGH | B0C6JTBMK9 | https://www.amazon.com/dp/B0C6JTBMK9 |

| 74 | sui yang di | ALA6453YG6HGH | B0C6JTDC87 | https://www.amazon.com/dp/B0C6JTDC87 |
|---|---|---|---|---|
| 74 | sui yang di | ALA6453YG6HGH | B0C6JTWCSR | https://www.amazon.com/dp/B0C6JTWCSR |
| 74 | sui yang di | ALA6453YG6HGH | B0C6JVQV1R | https://www.amazon.com/dp/B0C6JVQV1R |
| 75 | SUNNIMIX | A2JCX8Z5PAIFQ3 | B0C241NXKQ | https://www.amazon.com/dp/B0C241NXKQ |
| 76 | TaiSheng-US | A4JIMUDYWN4QG | B0C7R5VGC7 | https://www.amazon.com/dp/B0C7R5VGC7 |
| 77 | TATUFY | A2OD62SO7MA0PE | B09XR7GV27 | https://www.amazon.com/dp/B09XR7GV27 |
| 77 | TATUFY | A2OD62SO7MA0PE | B09XRBCVF6 | https://www.amazon.com/dp/B09XRBCVF6 |
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1T5QYDC | https://www.amazon.com/dp/B0B1T5QYDC |
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1TTG17H | https://www.amazon.com/dp/B0B1T5QYDC |
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1TCQYLF | https://www.amazon.com/dp/B0B1TCQYLF |
| 78 | TECHMILLY Store | A185GCW30CQPER | B0B1T8B9XT | https://www.amazon.com/dp/B0B1TCQYLF |
| 79 | Tinabless Come Store | A8SHQNHEY2B7G | B0BF42ZQ4G | https://www.amazon.com/dp/B0BF42ZQ4G |
| 80 | TnaMew | A2XH30V1BEHKWA | B0BV7F7PYN | https://www.amazon.com/dp/B0BV7F7PYN |

| 81 | tracy Zhong | A26RSV9N9NW3ZX | B0C54SNF2Q | https://www.amazon.com/dp/B0C54SNF2Q |
| 82 | TTSAM_meisam | APPNCQQZQ0FQH | B0C3R1G9VM | https://www.amazon.com/dp/B0C3R1G9VM |
| 83 | Vakitar-m | A392YI9UIVL8CF | B0C6FGXGP3 | https://www.amazon.com/dp/B0C6FGXGP3 |
| 84 | VeYocilk | A1SBGSM63F68OW | B0BX3Y48G9 | https://www.amazon.com/dp/B0BX3Y48G9 |
| 84 | VeYocilk | A1SBGSM63F68OW | B0CCVDWQXH | https://www.amazon.com/dp/B0BX3Y48G9 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCCJC72 | https://www.amazon.com/dp/B0BTCCJC72 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCBTJM1 | https://www.amazon.com/dp/B0BTCBTJM1 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCCYKJC | https://www.amazon.com/dp/B0BTCCYKJC |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTC9MQP8 | https://www.amazon.com/dp/B0BTC9MQP8 |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCCN6FH | https://www.amazon.com/dp/B0BTCCN6FH |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | B0BTCBKMBQ | https://www.amazon.com/dp/B0BTCBKMBQ |
| 86 | warminrog | A1BRBVPZRJQE8N | B0BD4PYVXB | https://www.amazon.com/dp/B0BD4PYVXB |
| 87 | Wope | A2IAELT73X2DQW | B0BQHDKWJR | https://www.amazon.com/dp/B0BQHDKWJR |

| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D6YF1Q | https://www.amazon.com/dp/B0B7D6YF1Q |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B09SCCP82Y | https://www.amazon.com/dp/B09SCCP82Y |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D6ZF3V | https://www.amazon.com/dp/B0B7D8CY16 |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D66N1L | https://www.amazon.com/dp/B0B7D66N1L |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7BPZ4BX | https://www.amazon.com/dp/B0B7BPZ4BX |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | B0B7D8CY16 | https://www.amazon.com/dp/B0B7D8CY16 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTK8L4V | https://www.amazon.com/dp/B0BSTK8L4V |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTK9GB8 | https://www.amazon.com/dp/B0BSTK9GB8 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTK7KHP | https://www.amazon.com/dp/B0BSTK7KHP |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTHVQCM | https://www.amazon.com/dp/B0BSTHVQCM |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTJNPH3 | https://www.amazon.com/dp/B0BSTJNPH3 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | B0BSTJ99WV | https://www.amazon.com/dp/B0BSTJ99WV |
| 90 | Xuanenxianqunqunyifuzhuangyouxiangongsi | A2NLDLTVQXNFOK | B09TFWMTTW | https://www.amazon.com/dp/B09TFWMTTW |

| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | B0BJ61757Y | https://www.amazon.com/dp/B0BJ61757Y |
|---|---|---|---|---|
| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | B0BXNBDBN2 | https://www.amazon.com/dp/B0BXNBDBN2 |
| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | B0BHZBD7L6 | https://www.amazon.com/dp/B0BHZBD7L6 |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | B0BZW3V4GY | https://www.amazon.com/dp/B0BZW3V4GY |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | B0BZW637TV | https://www.amazon.com/dp/B0BZW637TV |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | B0BZW6G8GJ | https://www.amazon.com/dp/B0BZW6G8GJ |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M1Y469 | https://www.amazon.com/dp/B0C4M1Y469 |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4LZYVSR | https://www.amazon.com/dp/B0C4LZYVSR |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M42LTY | https://www.amazon.com/dp/B0C4M42LTY |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4LZYXRY | https://www.amazon.com/dp/B0C4LZYXRY |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M33TLG | https://www.amazon.com/dp/B0C4M33TLG |
| 93 | yanmeerA | A20PPVAILBA644 | B0C4M2BSL6 | https://www.amazon.com/dp/B0C4M2BSL6 |
| 94 | Yo Fish | A3CJ1WZ1FMI9O0 | B0BN5FNJWZ | https://www.amazon.com/dp/B0BN5FNJWZ |

| 95 | yuekangya | A2B1LJBMU71FKP | B0C241VP3L | https://www.amazon.com/dp/B0C241VP3L |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C2425R2M | https://www.amazon.com/dp/B0C2425R2M |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C243F5HP | https://www.amazon.com/dp/B0C243F5HP |
| 95 | yuekangya | A2B1LJBMU71FKP | B0C23YMXPM | https://www.amazon.com/dp/B0C23YMXPM |
| 96 | Yunfan YBJ | A2GO3HLQ3AZU2J | B0BWSFGZV4 | https://www.amazon.com/dp/B0BWSFGZV4 |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ13MHHQ | https://www.amazon.com/dp/B0BZ13MHHQ |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ11QJDM | https://www.amazon.com/dp/B0BZ11QJDM |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ12GB16 | https://www.amazon.com/dp/B0BZ12GB16 |
| 97 | Yunplan | A7F32KX4HDRXF | B0BZ11WSCR | https://www.amazon.com/dp/B0BZ11WSCR |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYGFL4Z | https://www.amazon.com/dp/B0BWYGFL4Z |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYJDNNK | https://www.amazon.com/dp/B0BWYJDNNK |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYB6M3W | https://www.amazon.com/dp/B0BWYB6M3W |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYDYB81 | https://www.amazon.com/dp/B0BWYDYB81 |

| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYHVJ2K | https://www.amazon.com/dp/B0BWYHVJ2K |
| 98 | Zexu Shop | A24O2SNXPTT92P | B0BWYG6L4W | https://www.amazon.com/dp/B0BWYG6L4W |
| 99 | Zhengruus | A2A5MQYNQ5G8YU | B0CDQ613QD | https://www.amazon.com/dp/B0CDQ613QD |
| 99 | Zhengruus | A2A5MQYNQ5G8YU | B0CDQ4GL8G | https://www.amazon.com/dp/B0CDQ4GL8G |
| 100 | 风逝九日商贸 (Cookx) | AAAKX2BLQVPS3 | B0CBRML3K9 | https://www.amazon.com/dp/B0CBRML3K9 |
| 101 | Emmy-USshop | emmyusshop | 3.55E+11 | https://www.ebay.com/itm/355110657024 |
| 102 | Fishing Corner | fishingcorner | 2.35E+11 | https://www.ebay.com/itm/234876199656 |
| 103 | focalmotors | focalmotors | 2.75E+11 | https://www.ebay.com/itm/275495821106 |
| 103 | focalmotors | focalmotors | 3.05E+11 | https://www.ebay.com/itm/304658270651 |
| 104 | Angrybaby | 5b374d0848fca93ec19818be | 64e041b06d768593e2c4238e | https://www.wish.com/product/64e041b06d768593e2c4238e |
| 105 | Aphoooorism | 5b03b5410128756b1ece1280 | 64570afb59ea8eea1a056ffa | https://www.wish.com/product/64570afb59ea8eea1a056ffa |
| 106 | BaiFuXin | 5da571bb5d73456ea47cc466 | 646c8fb04c63bb50de3db126 | https://www.wish.com/product/646c8fb04c63bb50de3db126 |
| 107 | BeautifulLake | 54d43e19c5cb4015cecf888f | 64c575652c6a92256bb657f6 | https://www.wish.com/product/64c575652c6a92256bb657f6 |

| 108 | C9Dshop | 58e6fe5ab5fde3105f62c10c | 64ed597812657ebecb4256e8 | https://www.wish.com/product/64ed597812657ebecb4256e8 |
| 109 | ChenXinRue | 5fe19a2bb4b85f11dfac067b | 64a1ab44e1d131bd57e94c2a | https://www.wish.com/product/64a1ab44e1d131bd57e94c2a |
| 110 | dealstoday | 5577ea1f0f835e1a06303fe6 | 6171703acda631d408f617277 | https://www.wish.com/product/6171703acda631d408f61727 |
| 111 | GHJGHGH | 5e7c2a06922b3231e8e6c76b | 64df9bc45d7659f91b2a9cc6 | https://www.wish.com/product/64df9bc45d7659f91b2a9cc6 |
| 112 | Globalmarket | 53b79e4546188e74e15f7d68 | 64d5f20f33917c4e6118aefe | https://www.wish.com/product/64d5f20f33917c4e6118aefe |
| 113 | goldbless2019 | 5d4e258dae479644a93589e6 | 64debba9825ce5ebdae0f786 | https://www.wish.com/product/64debba9825ce5ebdae0f786 |
| 114 | huiyamin | 59300e9bad56b24679641b3f | 63204cfe3934f6c2bf57f1cd | https://www.wish.com/product/63204cfe3934f6c2bf57f1cd |
| 115 | huyan0817 | 5f45d1418f7286d8819d2862 | 64818d3cc8e65c7b5a45975a | https://www.wish.com/product/64818d3cc8e65c7b5a45975a |
| 115 | huyan0817 | 5f45d1418f7286d8819d2862 | 6458b99b40d34f54991d1dda | https://www.wish.com/product/6458b99b40d34f54991d1dda |
| 116 | indianapolis | 562f3fd6d0dee729201c5193 | 617171b797bce4c5fb457d3e | https://www.wish.com/product/617171b797bce4c5fb457d3e |
| 117 | jiangliRR | 5c149f44d6de137dec617f6e | 64655942faf067af79404571 | https://www.wish.com/product/64655942faf067af79404571 |
| 118 | JingliuluanuW | 5e60555a4755ccc17325abf3 | 61bad2445f8737e3d88faaa9 | https://www.wish.com/product/61bad2445f8737e3d88faaa9 |
| 119 | joeyyy | 5b076eb6c721a9630e172601 | 64e12a951197d965e30d4445 | https://www.wish.com/product/64e12a951197d965e30d4445 |

| 120 | kangqiyongpinyou | 5ec6673dc88c69b989b8f63b | 6171718b8ca72ffe5924597d | https://www.wish.com/product/6171718b8ca72ffe5924597d |
| 121 | keoshlunlun | 5d5e37ce40defd18f326280d | 64b6e208762fa9161ecc85d6 | https://www.wish.com/product/64b6e208762fa9161ecc85d6 |
| 122 | Lemon tree oe | 582bf8df82c7bb03f5b1e842 | 617624f3eb3c4a2e03eaba82 | https://www.wish.com/product/617624f3eb3c4a2e03eaba82 |
| 123 | LL-Utopia | 58b7f17cf1c0ab52773e1359 | 641df384936eafc90e84f385 | https://www.wish.com/product/641df384936eafc90e84f385 |
| 123 | LL-Utopia | 58b7f17cf1c0ab52773e1359 | 6410f106ce80e81b746bb262 | https://www.wish.com/product/6410f106ce80e81b746bb262 |
| 124 | loveryu | 5f856895bde3a8f95128437a | 64b6cabeb78e8cbe9660400 | https://www.wish.com/product/64b6cabeb78e8cbe9660400 |
| 125 | Master master | 58380cc08108914cabd31f8f | 617280d8ddb4c882d49028b7 | https://www.wish.com/product/617280d8ddb4c882d49028b7 |
| 126 | mengmengmaliu | 5982e5f13eb22a5ace42d66b | 6171718584b12eef864175e7 | https://www.wish.com/product/6171718584b12eef864175e7 |
| 127 | qatsebcd | 5f602c0c96c03e051a06e203 | 645e0532c1aa3afb8c1a6271 | https://www.wish.com/product/645e0532c1aa3afb8c1a6271 |
| 128 | Qeearsstore | 5b209683daac454f9b94c685 | 64d29a58b70bc5cc62a7d2e2 | https://www.wish.com/product/64d29a58b70bc5cc62a7d2e2 |
| 129 | Soullmmate | 5d3faa0d25e4ec39af823295 | 645eeef3f5e77803ed997e0f | https://www.wish.com/product/645eeef3f5e77803ed997e0f |
| 130 | sweetyourhome2019 | 5d5fb39d3d24b76fcec47892 | 64e0091eb65a3e25edf6c2c7 | https://www.wish.com/product/64e0091eb65a3e25edf6c2c7 |
| 131 | TZAC | 61603dfc70e3970314634dc8 | 61e27332513e0793761c60ee | https://www.wish.com/product/61e27332513e0793761c60ee |

| 131 | TZAC | 61603dfc70e3970314634dc8 | 62aaa9d333bf89cd28db49c4 | https://www.wish.com/product/62aaa9d333bf89cd28db49c4 |
| 131 | TZAC | 61603dfc70e3970314634dc8 | 62aab3ac577f2a619276cc83 | https://www.wish.com/product/62aab3ac577f2a619276cc83 |
| 132 | WanDmaoStudio | 5b80aefe114a101b23bff1d5 | 64f4b521c2e7debe35b2d186 | https://www.wish.com/product/64f4b521c2e7debe35b2d186 |
| 133 | wuyanan52 | 6007934d64eae01e60613de3 | 64818a09c732c1b0fe4c3415 | https://www.wish.com/product/64818a09c732c1b0fe4c3415 |
| 134 | xafuvogt | 5f6c53b82ef0bd06aee72048 | 64ed6e919ada25a816731408 | https://www.wish.com/product/64ed6e919ada25a816731408 |
| 135 | xuguangzhuang0907 | 60a9d95fb2412b82b64f916b | 6458b9be4034603593cd1680 | https://www.wish.com/product/6458b9be4034603593cd1680 |