# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu | )<br>)<br>) |
| Plaintiff, | ) Case No.: 24-cv-01139 |
| v. | )<br>) Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | )<br>) Magistrate: Hon. Beth W. Jantz<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 9, 2024 at 9:00 a.m., or as soon counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any judge sitting in his or her stead in Courtroom 2503 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present

- Plaintiff's *Ex Parte* Motion to Extend Temporary Restraining Order for Good Cause

Dated this April 2, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com