**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mingfei Zhu

Plaintiff,

v.

Partnerships and Unincorporated Associations
Identified in Schedule A, The

Defendant.

Case No.:
1:24–cv–01139
Honorable Virginia M.
Kendall

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

 MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion to extend Temporary Restraining Order [18] is granted. Temporary Restraining Order is extended and shall remain in effect up to and including 4/23/2024. Status hearing set for 4/23/2024 at 9:00 AM. Motion and Status hearing set for 4/9/2024 are stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.