# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mingfei Zhu

CASE NUMBER: 24-cv-1139

V.

ASSIGNED JUDGE: Hon. Virginia Kendall

The Partnerships and Unincorporated Associations Identified in Schedule A

DESIGNATED
MAGISTRATE JUDGE: Hon. Beth W. Jantz

TO: (Name and address of Defendant)

Aertiavty and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Keener
Keener and Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

April 16, 2024



(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: April 16, 2024 |
| NAME OF SERVER *(PRINT)*: Kevin Keener | TITLE: Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Emailed to defendants and published on a website accessible in China as authorized by the Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 17, 2024
*Date*

/s/Kevin Keener
*Signature of Server*

Keener and Associates, P.C.
161 N. Clark St. Suite 1600
Chicago, IL 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.