IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu, | |
| Plaintiff, | Case No.: 24-cv-01139 |
| v. | Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Beth W. Jantz |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff, Mingfei Zhu, hereby moves the Court for entry of a Preliminary Injunction. Plaintiff seeks an entry of a Preliminary Injunction Order that is substantially identical to the Temporary Restraining Order entered by the Court on March 26, 2024. A Memorandum of Law in Support of this Motion is concurrently filed.

Dated: April 17, 2024

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com