

搜索



## Macrame Toy Hammock Tutorial - Macrame Teddy Hammock

 Summer Macrame
1.72万位订阅者

订阅

👍 2507 👎

分享

···

128,610次观看  2021年3月11日  #macrameplanthanger #macrameforbeginners #macrametutorial
Here by popular demand: a macramé toy hammock!