# EXHIBIT B

An official website of the United States government
Here's how you know

[Back to home]   Pay maintenance fees   Order certified copies   Download   Print

## 29/818,062 | 81019-D000016: STORAGE HAMMOCK   [PUBLIC VIEW]

**Application #**
29/818,062

**Confirmation #**
2535

**Attorney Docket #**
81019-D000016

**Patent #**
D1,000,857
Download PDF
Issued - 10/10/2023

**Filing or 371 (c) date**
12/06/2021

**Status**
Patented Case
09/20/2023

### Show/hide menu

## 1 Assignments found

### Assignment 1

**Reel/frame**
058313/0351

**Date recorded**
12/06/2021

**Pages**
2

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**

CHEN, JIAN

**Execution date**
12/01/2021

**Correspondent**
GETECH LAW LLC
203 N LASALLE, SUITE 2100
CHICAGO, IL 60601

**Assignee**
SHANDONG HAINING INFORMATION TECHNOLOGY CO., LTD.
ROOM 912, FORTUNE FREE PORT
JINGWUXIAOWEI SECOND ROAD, SHIZHONG DISTRICT
JINAN, CHINA 250001

10 per page    Page 1 of 1

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

| your@email.com | Subscribe |
|---|---|

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Financial and Performance Data
Vulnerability Disclosure Policy
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  EPAS ID: PAT7058728
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| JIAN CHEN | 12/01/2021 |

### RECEIVING PARTY DATA

| Name: | SHANDONG HAINING INFORMATION TECHNOLOGY CO., LTD. |
|---|---|
| Street Address: | ROOM 912, FORTUNE FREE PORT |
| Internal Address: | JINGWUXIAOWEI SECOND ROAD, SHIZHONG DISTRICT |
| City: | JINAN |
| State/Country: | CHINA |
| Postal Code: | 250001 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 29818062 |

### CORRESPONDENCE DATA

Fax Number:

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 2673932299 |
|---|---|
| Email: | docketing@pacificpatentgroup.com |
| Correspondent Name: | GETECH LAW LLC |
| Address Line 1: | 203 N LASALLE, SUITE 2100 |
| Address Line 4: | CHICAGO, ILLINOIS 60601 |

| ATTORNEY DOCKET NUMBER: | 81019-D000016 |
|---|---|
| NAME OF SUBMITTER: | NOEMI TOVAR |
| SIGNATURE: | /Noemi Tovar/ |
| DATE SIGNED: | 12/06/2021 |

| Total Attachments: 1 |
|---|
| source=81019-D000016-Dec-Assignment-as-filed-12-6-21#page1.tif |

Attorney Docket No.: 81019-0000016

**DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76) AND ASSIGNMENT FOR SINGLE**

| Title of Invention | STORAGE HAMMOCK |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to: [X] The attached application, or
[ ] United States application or PCT international application number _____ filed on _____.

The above-identified application was made or authorized to be made by me.
I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.
WHEREAS, <u>Shandong Haining Information Technology Co., Ltd.</u> (hereinafter referred to as "ASSIGNEE") located at <u>Room 912, Fortune Free Port, Jingwuxiaowei Second Road, Shizhong District Jinan, Shandong, China 250001</u>, is desirous of acquiring the entire right, title and interest in and to said invention and in and to any Letters Patent that may be granted therefore in the United States and its territorial possessions and in any and all foreign countries;

NOW, THEREFORE, in consideration of the sum of ONE DOLLAR ($1.00), the receipt where of is hereby acknowledged, and for other good and valuable consideration, I, by these presents do hereby sell, assign and transfer unto said ASSIGNEE, its successors and assigns, the full and exclusive right to the said invention in the United States and its territorial possessions and in all foreign countries (including the right to claim priority under the terms of the International Convention and other relevant International Treaties and Arrangements from the aforesaid application) and the entire right, title and interest in and to any and all Letters Patent which may be granted therefor in the United States and its territorial possessions and in any and all foreign countries and in and to any and all divisions, reexaminations or reissues, continuations or continuations-in-part, substitutions, and renewals thereof.

I hereby authorize and request the Patent Office Officials in the United States and its territorial possessions and any and all foreign countries to issue any and all of said Letters Patent, when granted, to said ASSIGNEE, its successors and assigns, as the assignee of my entire right, title and interest in and to the same, for the sole use and behalf of said ASSIGNEE, its successors and assigns, to the full end of the term for which said Letters Patent may be granted, as fully and entirely as the same would have been held by me had this Assignment and sale not been made.

Further, I agree that I will communicate to said ASSIGNEE or its representatives any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation or continuation-in-part, substitute, renewal, and reexamination or reissue applications, execute all necessary assignment papers to cause any and all of said Letters Patent to be issued to said ASSIGNEE, its successors and assigns, make all rightful oaths, and, generally do everything possible to aid said ASSIGNEE, its successors and assigns, to obtain and enforce proper protection for said invention in the United States and its territorial possessions and in any and all foreign countries.

Further, I hereby authorize the Law Firm of Getech Law LLC to insert on this assignment any further identification which may be necessary or desirable by Patent Office Officials in the United States and its territorial possessions and any and all foreign countries in order to comply with the rules of said Patent Office Officials for recordation of this document.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

**LEGAL NAME OF INVENTOR**
Inventor: <u>Jian CHEN</u> Date: 2021-12-1 Signature: [signature]

Getech Law LLC
300 New Jersey Avenue NW, Suite 900
Washington, DC 20001