**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Mingfei Zhu v. Schedule A         Case Number: 24-cv-1139

An appearance is hereby filed by the undersigned as attorney for:
Mingfei Zhu, Plaintiff

Attorney name (type or print): Rishi Nair

Firm: Keener and Associates, P.C.

Street address: 161 North Clark Street, Suite 1600

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6305871         Telephone Number: (312) 375-1573
(See item 3 in instructions)

Email Address: rishi.nair@keenerlegal.com

Are you acting as lead counsel in this case?         ☐ Yes   ☑ No
Are you acting as local counsel in this case?         ☐ Yes   ☑ No
Are you a member of the court's trial bar?            ☐ Yes   ☑ No
If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 23, 2024

Attorney signature:    S/ Rishi Nair
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015