### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu | ) |
| | ) |
| Plaintiff, | ) Case No.: 24-cv-01139 |
| v. | ) |
| | ) Judge: Hon. Virginia M. Kendall |
| | ) |
| The Partnerships and Unincorporated | ) Magistrate: Hon. Beth W. Jantz |
| Associations Identified in | ) |
| Schedule "A", | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, having settled with the below Defendants, hereby dismisses this action **<u>with prejudice</u>** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 3 | Alvin Luo | A1R53WOPGR7IXC |
| 4 | Anroop | A329RP9VMRWJV4 |
| 8 | Ching Meilun | A2FXVL8C7RQGYT |
| 20 | gansh | A25EBPOVVDNS5E |
| 21 | GentleFang | A2QSDEU3UISABU |
| 23 | Grand Di | AA91IZO10WMJ |
| 25 | Herlloy | A3VPP7J0858G9G |
| 32 | Jikay | A2MPDVLEGU1ZU2 |
| 34 | Jonercey | AM28U4LJBMGBV |
| 35 | Joseph Xu | A33N81Z3V5X0K7 |
| 50 | MOOSKY | A29UTR01Z5NF1A |
| 51 | Morcheiong Store | A1R7UO33RYHIHE |
| 59 | Paologis Atomired | A203OS7LM00VYU |
| 63 | Rony mar | AW9JG0GZ1NBZ3 |
| 65 | ShanXiPengXiao | A2P6PL4JKA299F |
| 81 | tracy Zhong | A26RSV9N9NW3ZX |
| 87 | Wope | A2IAELT73X2DQW |
| 96 | Yunfan YBJ | A2GO3HLQ3AZU2J |
| 102 | Fishing Corner | fishingcorner |

Dated:  April 23, 2024                          Respectfully submitted,

By:      /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com