**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Mingfei Zhu ) | |
| ) | Case No.: 24-cv-01139 |
| Plaintiff, ) | |
| v. ) | Judge: Hon. Virginia M. Kendall |
| ) | |
| The Partnerships and Unincorporated ) | Magistrate: Hon. Beth W. Jantz |
| Associations Identified in ) | |
| Schedule "A", ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Mingfei Zhu ("Mingfei Zhu") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Mingfei Zhu's Motion in part as follows.

This Court finds Mingfei Zhu has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 26, 2023 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Mingfei Zhu has provided a

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products infringing Mingfei Zhu's federally registered patent (the "Mingfei Zhu Patent") to residents of Illinois. In this case, Mingfei Zhu has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Mingfei Zhu Patent. *See* Docket Nos. 11 through 11-2, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois in violation of Mingfei Zhu's Patent.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Mingfei Zhu's previously granted Motion for Entry of a TRO establishes that Mingfei Zhu has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Mingfei Zhu will suffer irreparable harm if the injunction is not granted.

Specifically, Mingfei Zhu has proved a *prima facie* case of patent infringement because the Defendants incorporate the patented design of the D'857 patent to an article of manufacture. Additionally, Defendants are not licensed or authorized to use the Mingfei Zhu Patent. Furthermore, Defendants' continued and unauthorized use of the Mingfei Zhu Patent irreparably harms Mingfei Zhu through diminished goodwill and brand confidence, damage to

Mingfei Zhu's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Mingfei Zhu has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a.  using the Mingfei Zhu Patent or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Mingfei Zhu product or not authorized by Mingfei Zhu to be sold in connection with the Mingfei Zhu Patent;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine Mingfei Zhu product or any other product produced by Mingfei Zhu, that is not Mingfei Zhu's or not produced under the authorization, control, or supervision of Mingfei Zhu and approved by Mingfei Zhu for sale under the Mingfei Zhu Patent;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Mingfei Zhu, or are sponsored by, approved by, or otherwise connected with Mingfei Zhu; and

    d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Mingfei Zhu, nor authorized by Mingfei Zhu to be sold or offered for sale, and which infringe Mingfei Zhu's Patent.

2.      Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.      Upon Mingfei Zhu's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Mingfei Zhu expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial

institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.  Upon Mingfei Zhu's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Mingfei Zhu Patent.

5.  Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified below, and any e-mail addresses provided for Defendants by third parties; and

    b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6.  Mingfei Zhu may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. The combination of providing

notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.   Plaintiff's Schedule A and Exhibits 2-3 to the Complaint [DOCKET NOs. 4 through 4-2], Exhibit 1 to Declaration of Mingfei Zhu [DOCKET Nos 11 through 11-2], Exhibit 2 to Declaration of Kevin Keener [DOCKET NO. 11-3] , and the TRO [DOCKET NO. 15] are unsealed.

8.   Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.   The $10,000 bond posted by Mingfei Zhu shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_Virginia M. Kendall_
VIRGINIA KENDALL
United States District Judge

Dated: April 23, 2024

6

**Schedule A**

| Doe | Merchant Name | Merchant ID | Merchant Email |
|---|---|---|---|
| 1 | Aertiavty | A81E4ZAOCOR24 | yaoyuanping880@163.com |
| 2 | Almencla US | A2C8XBVC2XSV8U | yonyemy550@hotmail.com |
| 5 | aooyaoo store | A3TOUZONR3V5N4 | aooyaoous@aliyun.com |
| 6 | beauxx | A2FF1VUHFX1IKT | ratitudeb@163.com |
| 7 | ChengNuo-US | A11ILQ412HNTGH | a13924606122@yeah.net |
| 9 | Colcolo | A16K3SHNME32AS | wordzq11@hotmail.com |
| 10 | Corebes | A1USFZBK0N5SNW | corebes@hotmail.com |
| 11 | dagonghun | A10FDYQXNXIU3B | huanxius@outlook.com |
| 12 | D-FantiX Direct | A3JD8M5SUH8JHZ | liangxiaoxin_ok@163.com |
| 13 | Dingco | AW4LP7LA048V3 | zcpanjunhao@outlook.com |
| 14 | Dremisland Direct | A1N5ASDIVW0EZQ | usmeggie1124@163.com |
| 15 | e5e10 | A21X3MY6ORIU0C | xiaotianjuns@outlook.com |
| 16 | figatiaus/Baoblaze | ALU0CH1LRE4S2 | hahawxt18@hotmail.com |
| 17 | flashpig | A2TYOQDR82AJ7C | hq-sunflower@outlook.com |
| 18 | ybbaby2018 | 5ba30e1873d934426dc8cb04 | zmw1995yeah@yeah.net |
| 19 | FUSHENFJ | AN8LRJZLDSD0N | fushenganhouse@yeah.net |
| 24 | GuangYun Gongsi | A1EBA5ESVBLF4L | dbncds@163.com |
| 26 | homozyUS | A1QYW3B53A0F19 | mmdzz5@hotmail.com |
| 27 | hudm2y | A27UI2INBG4UHD | hudm2y@163.com |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH | sl17679909204@yeah.net |
| 29 | ieBabay | A2FAUNGTSKFU1B | 3576272502@qq.com |
| 30 | iHank | A13NM5D91FX9CP | ahthwh@hotmail.com |
| 33 | JOBOSI | A193FW6A1JQXMP | d3weiwei8899@163.com |
| 37 | kyoryuger US | A21KCAAZ15AFDN | shenzhenaerfu@163.com |
| 38 | liangfei-US | A125I20PIZI53H | 3156983055@qq.com |
| 39 | LinXius | A1NLFHTI5NVDP6 | saratrading1986@126.com |
| 40 | liukouuly | AQJZ71EIHTL0W | swlishhkjxksui@outlook.com |
| 41 | Longxingshuma | AUJ8LRXZ4WEZ0 | lx13118842583@163.com |
| 42 | Lonulu | A3CHEDKTA88534 | huahuacaocao@longlubusiness.com |
| 43 | LuckyCoast | A10S9HX99D7AUM | jenniejian@foxmail.com |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | patrica.li@outlook.com |
| 45 | Maylai Deals | A3P51W248MO46I | ko464suui@sina.cn |
| 45 | Auksay US | A52PW94ZSZOLX | sunyanlianwu@aliyun.com |
| 46 | MBRFORCE | A2LYPY58FZ5Q8N | 18065921604@163.com |
| 47 | menolanaUS | A2XL9F65VRE6S6 | lettymy.mylove531@hotmail.com |

| 48 | MERIGLARE Direct/kesoto | A21K52GFF06WKB | bygtbz9@hotmail.com |
|----|-------------------------|----------------|---------------------|
| 52 | mubenbeo | A1UFJK74GMCHNE | trutru547888@hotmail.com |
| 53 | muximaoyi | A1X927XNV7EHO7 | suntm10@hotmail.com |
| 54 | Nirvaer | ABWL7E78XZ4YR | hjtpzcthqb53@163.com |
| 55 | nmurieltta | A34P8KKQCQTK21 | pantsbackandhave@163.com |
| 56 | No 5 Kitchen | A33UFLCO25GFIO | mingtong521@outlook.com |
| 57 | nusind | A3EOCXXW7J04X6 | hokhoui@163.com |
| 58 | Onucsa | A3E91KSE513T6G | qianjiaouk@outlook.com |
| 60 | peacemindtrade | A1ZSJW2KI5WS1R | peacemindtrade@126.com |
| 61 | QCLILUA | A3NM0O3S00QATH | zymzrr@163.com |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | qiaoluobo0307@sina.com |
| 64 | Shangzhan | A24LO3GWDTES9U | sunci_us@126.com |
| 66 | SHIMUU | A33HH3ELM8OFT0 | lxs229593752@126.com |
| 67 | ShockLi | AQX99779BW87R | shockli2017@hotmail.com |
| 68 | Sideim | A3AV2MEIK8SQ89 | 15023676686@163.com |
| 69 | Siticoto | A3CP8YVJ2MAGKA | f2021ff@163.com |
| 70 | Snow star | A1SQTKBVH102G9 | s17357933307@outlook.com |
| 71 | Strade e-Store | AH6IG80VAB55C | usst2014@gmail.com |
| 72 | Subtipy | AAWDZ5UTR745Z | morlimiao@163.com |
| 73 | SuchinmL | A2NNDO2IBX6O3V | uudo5555do@outlook.com |
| 74 | sui yang di | ALA6453YG6HGH | 737795156@qq.com |
| 75 | SUNNIMIX | A2JCX8Z5PAIFQ3 | country61music@hotmail.com |
| 76 | TaiSheng-US | A4JIMUDYWN4QG | lin281027@163.com |
| 77 | TATUFY | A2OD62SO7MA0PE | tatufy@163.com |
| 78 | TECHMILLY Store | A185GCW30CQPER | yiwuguanshi@163.com |
| 79 | Tinabless Come Store | A8SHQNHEY2B7G | tinawyt01@yahoo.com |
| 80 | TnaMew | A2XH30V1BEHKWA | qixueyw@outlook.com |
| 82 | TTSAM_meisam | APPNCQQZQ0FQH | 2309236436@qq.com |
| 83 | Vakitar-m | A392YI9UIVL8CF | shenglunshangmao@163.com |
| 84 | VeYocilk | A1SBGSM63F68OW | henghangcs@outlook.com |
| 85 | Wadiue-US | A2DEKN8DORT2H4 | wadiuese668@outlook.com |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | a13688922877@163.com |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 | yihaoneyuan@hotmail.com |
| 90 | Xuanenxianqunqunyifuzhuangy ouxiangongsi | A2NLDLTVQXNFOK | qunqunyi111@yeah.net |
| 91 | yadingchuangxinkeji | A1PSEPZPYU7KLK | yadingus@163.com |
| 92 | YAJIHOSK | AL4PBIWCRCL7E | linelinkhuye@126.com |

| 93 | yanmeerA | A20PPVAILBA644 | yanmeerfar@163.com |
| 94 | Yo Fish | A3CJ1WZ1FMI9O0 | 617980553@qq.com |
| 95 | yuekangya | A2B1LJBMU71FKP | chengluanfeng@sohu.com |
| 97 | Yunplan | A7F32KX4HDRXF | yunplan@outlook.com |
| 98 | Zexu Shop | A24O2SNXPTT92P | yangyangstoreus@outlook.com |
| 99 | Zhengruus | A2A5MQYNQ5G8YU | lanlin20212021@163.com |
| 100 | 风逝九日商贸 (Cookx) | AAAKX2BLQVPS3 | xiu804885390@163.com |
| 101 | Emmy-USshop; hard-archery | emmyusshop | emmygyy@outlook.com |
| 103 | focalmotors | focalmotors | deathfater@hotmail.com |
| 104 | Angrybaby | 5b374d0848fca93ec19818be | dsvering@163.com |
| 105 | Aphoooorism | 5b03b5410128756b1ece1280 | aphhuang123@21cn.com |
| 106 | BaiFuXin | 5da571bb5d73456ea47cc466 | cchenfeng2019@163.com |
| 107 | BeautifulLake | 54d43e19c5cb4015cecf888f | yibaimaoyi2014@163.com |
| 108 | C9Dshop | 58e6fe5ab5fde3105f62c10c | destshop9@163.com |
| 109 | ChenXinRue | 5fe19a2bb4b85f11dfac067b | hatexing@163.com |
| 110 | dealstoday | 5577ea1f0f835e1a06303fe6 | dealstoday2016@outlook.com |
| 111 | GHJGHGH | 5e7c2a06922b3231e8e6c76b | hairen519417@163.com |
| 112 | Globalmarket | 53b79e4546188e74e15f7d68 | 15800394613@139.com |
| 113 | goldbless2019 | 5d4e258dae479644a93589e6 | 3607654872@qq.com |
| 114 | huiyamin | 59300e9bad56b24679641b3f | huiyaming2016@163.com |
| 115 | huyan0817 | 5f45d1418f7286d8819d2862 | f9n644@163.com |
| 116 | indianapolis | 562f3fd6d0dee729201c5193 | indianapolis001@outlook.com |
| 117 | jiangliRR | 5c149f44d6de137dec617f6e | jianglirr@outlook.com |
| 118 | JinglianluanuW | 5e60555a4755ccc17325abf3 | jewlin12@hotmail.com |
| 119 | joeyyy | 5b076eb6c721a9630e172601 | alenkiseygool7766de@outlook.com |
| 120 | kangqiyongpinyou | 5ec6673dc88c69b989b8f63b | huaxingkangche@126.com |
| 121 | keoshlunlun | 5d5e37ce40defd18f326280d | sjkwertasun3214@sina.com |

| 122 | Lemon tree oe | 582bf8df82c7bb03f5b1e842 | 18027657594@163.com |
| 123 | LL-Utopia | 58b7f17cf1c0ab52773e1359 | llutopia@yeah.net |
| 124 | loveryu | 5f856895bde3a8f95128437a | nnueien@163.com |
| 125 | Master master | 58380cc08108914cabd31f8f | 13039016225@163.com |
| 126 | mengmengmaliu | 5982e5f13eb22a5ace42d66b | goldmaking@163.com |
| 127 | qatsebcd | 5f602c0c96c03e051a06e203 | cucicidy@163.com |
| 128 | Qeearsstore | 5b209683daac454f9b94c685 | zuoweick19zw@21cn.com |
| 129 | Soullmmate | 5d3faa0d25e4ec39af823295 | yetiantian2019@sina.com |
| 130 | sweetyourhome2019 | 5d5fb39d3d24b76fcec47892 | 2172546634@qq.com |
| 131 | TZAC | 61603dfc70e3970314634dc8 | tzatwy@163.com |
| 132 | WanDmaoStudio | 5b80aefe114a101b23bff1d5 | wanzihao2018@126.com |
| 133 | wuyanan52 | 6007934d64eae01e60613de3 | cm76691536tanxi@163.com |
| 134 | xafuvogt | 5f6c53b82ef0bd06aee72048 | kazitoty@126.com |
| 135 | xuguangzhuang0907 | 60a9d95fb2412b82b64f916b | ngma348@163.com |
| 136 | Maylai Deals | A3P51W248MO46I | ko464suui@sina.cn |