IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu | ) |
|     Plaintiff, | ) Case No.: 24-cv-01139 |
| v. | ) Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | ) Magistrate: Hon. Beth W. Jantz |
|     Defendants. | ) |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, having settled with the below Defendants, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 2 | Almencla US | A2C8XBVC2XSV8U |
| 9 | Colcolo | A16K3SHNME32AS |
| 16 | figatiaus | ALU0CH1LRE4S2 |
| 26 | homozyUS | A1QYW3B53A0F19 |
| 33 | JOBOSI | A193FW6A1JQXMP |
| 47 | menolanaUS | A2XL9F65VRE6S6 |
| 48 | MERIGLARE Direct | A21K52GFF06WKB |
| 52 | mubenbeo | A1UFJK74GMCHNE |
| 53 | muximaoyi | A1X927XNV7EHO7 |
| 60 | peacemindtrade | A1ZSJW2KI5WS1R |
| 68 | Sideim | A3AV2MEIK8SQ89 |
| 71 | Strade e-Store | AH6IG80VAB55C |
| 75 | SUNNIMIX | A2JCX8Z5PAIFQ3 |

Dated:  April 26, 2024

Respectfully submitted,

By:     /s/ Kevin Keener

Kevin J. Keener

ARDC #6296898<br>
Keener & Associates, P.C.<br>
161 N. Clark Street, Suite #1600<br>
Chicago, IL 60601<br>
(312) 523-2164<br>
kevin.keener@keenerlegal.com