# Exhibit A

Attorney Docket No.: 81019-D000016

**DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76) AND ASSIGNMENT FOR SINGLE**

| Title of Invention | STORAGE HAMMOCK |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:
[X] The attached application, or
[ ] United States application or PCT international application number _____ filed on _____.

The above-identified application was made or authorized to be made by me.
I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.
WHEREAS, Shandong Haining Information Technology Co., Ltd. (hereinafter referred to as "ASSIGNEE") located at Room 912, Fortune Free Port, Jingwuxiaowei Second Road, Shizhong District Jinan, Shandong, China 250001, is desirous of acquiring the entire right, title and interest in and to said invention and in and to any Letters Patent that may be granted therefore in the United States and its territorial possessions and in any and all foreign countries;

NOW, THEREFORE, in consideration of the sum of ONE DOLLAR ($1.00), the receipt where of is hereby acknowledged, and for other good and valuable consideration, I, by these presents do hereby sell, assign and transfer unto said ASSIGNEE, its successors and assigns, the full and exclusive right to the said invention in the United States and its territorial possessions and in all foreign countries (including the right to claim priority under the terms of the International Convention and other relevant International Treaties and Arrangements from the aforesaid application) and the entire right, title and interest in and to any and all Letters Patent which may be granted therefor in the United States and its territorial possessions and in any and all foreign countries and in and to any and all divisions, reexaminations or reissues, continuations or continuations-in-part, substitutions, and renewals thereof.

I hereby authorize and request the Patent Office Officials in the United States and its territorial possessions and any and all foreign countries to issue any and all of said Letters Patent, when granted, to said ASSIGNEE, its successors and assigns, as the assignee of my entire right, title and interest in and to the same, for the sole use and behalf of said ASSIGNEE, its successors and assigns, to the full end of the term for which said Letters Patent may be granted, as fully and entirely as the same would have been held by me had this Assignment and sale not been made.

Further, I agree that I will communicate to said ASSIGNEE or its representatives any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation or continuation-in-part, substitute, renewal, and reexamination or reissue applications, execute all necessary assignment papers to cause any and all of said Letters Patent to be issued to said ASSIGNEE, its successors and assigns, make all rightful oaths, and, generally do everything possible to aid said ASSIGNEE, its successors and assigns, to obtain and enforce proper protection for said invention in the United States and its territorial possessions and in any and all foreign countries.

Further, I hereby authorize the Law Firm of Getech Law LLC to insert on this assignment any further identification which may be necessary or desirable by Patent Office Officials in the United States and its territorial possessions and any and all foreign countries in order to comply with the rules of said Patent Office Officials for recordation of this document.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

LEGAL NAME OF INVENTOR
Inventor: Jian CHEN   Date: 2021-12-1   Signature: [signature]

Getech Law LLC
300 New Jersey Avenue NW, Suite 900
Washington, DC 20001