# Exhibit B

## PATENT ASSIGNMENT

Shandong Haining Information Technology Co., Ltd. ("Assignor") is owner of U.S. Patent Number: USD1000857S, issue dated October 10, 2023, titled Storage Hammock, (the "Patent"). ZHU Mingfei ("Assignee") desires to acquire rights in and to the Patent.

Therefore, for valuable consideration, the receipt of which is acknowledged, Assignor assigns to Assignee all right, title and interest in the invention and Patent, including the right enforce and recover damages for past infringement, to Assignee for the entire term of the Patent and any reissues or extensions and for the entire terms of any patents, reissues, or extensions that may issue from foreign applications, divisions, continuations in whole or part, or substitute applications filed claiming the benefit of the Patent. The right, title, and interest conveyed in this Assignment is to be held and enjoyed by Assignee and Assignee's successors as fully and exclusively as it would have been held and enjoyed by Assignor had this assignment not been made.

Assignor further agrees to: (a) cooperate with Assignee in the protection of the patent rights and prosecution and protection of foreign counterparts; (b) execute, verify, acknowledge and deliver all such further papers, including patent applications and instruments of transfer; and (c) perform such other acts as Assignee lawfully may request to obtain or maintain the Patent and any and all applications and registrations for the invention in any and all countries.

Assignor Signature: _CHEN Jian_
Shandong Haining Information Technology Co., Ltd.
Date: January 2, 2024

Assignee Signature: _ZHU Mingfei_
ZHU Mingfei
Date: January 2, 2024

[NOTE THAT IT IS RECOMMENDED, BUT NOT REQUIRED, THAT SIGNATURES BE LEGALIZED. IN THE U.S. WE TYPICALLY SUGGEST NOTARIZATION]