# Exhibit D

ScreenShots From March 11, 2021 Prior Art Youtube Tutorial Video on Hammock Making



