IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mingfei Zhu

    Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified in Schedule "A",

    Defendants.

Case No.: 24-cv-01139

Judge: Hon. Virginia M. Kendall

Magistrate: Hon. Beth W. Jantz

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, having settled with the below Defendants, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 58 | Onucsa | A3E91KSE513T6G |
| 67 | ShockLi | AQX99779BW87R |
| 90 | Xuanenxianqunqunyifuzhuangyouxiangongsi | A2NLDLTVQXNFOK |

Dated: May 1, 2024

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com