IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu, | ) |
| Plaintiff, | ) Case No: 24-cv-1139 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

Please take notice that on Thursday, May 9 2024, Defendants

Angrybaby
Aphoooorism
BaiFuXin
BeautifulLake
C9Dshop
jiangliRR
joeyyy
keoshlunlun
LL-Utopia
liukouuly
loveryu
nusind
qatsebcd
Qeearsstore
Soullmmate
SuchinmL
Wadiue-US
WanDmaoStudio
xafuvogt
Xiecaiboe
yanmeerA

through the undersigned counsel, shall appear before the Honorable Virginia M. Kendall in

Courtroom 2503 at 9:00 a.m. at the U.S. District Court for the Northern District of Illinois, 219

South Dearborn Street, Chicago, Illinois, and present Defendants' Motion To Dismiss.

1

May 3, 2024				Respectfully submitted,

					s/Christopher Keleher

						Christopher Keleher
						The Keleher Appellate Law Group
						1 East Erie Street
						Suite 525
						Chicago, IL 60611
						312-448-8491
						ckeleher@appellatelawgroup.com

2

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 3, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and servedon all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com