# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mingfei Zhu

                                            Plaintiff,

v.                                                                                Case No.: 1:24−cv−01139

                                                                                  Honorable Virginia M. Kendall

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 6, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Motion To Dismiss [42]. Responses due by 5/20/2024; Replies due by 5/27/2024. Motion hearing set for 5/9/2024 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.