UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Mingfei Zhu

          Plaintiff,

v.

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

          Defendant.

Case No.:
1:24−cv−01139

Honorable Virginia M. Kendall

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

    MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 5/7/2024 via Webex. Oral argument heard regarding Defendants D Fantix, aooyaoo store and yadingchuangxinkeji's Motion to Dissolve Preliminary Injunction [38] and Defendants baifuxinxijishuyouxiangongsi, keoshlunlun, liukouuly, LL−Utopia, SuchinmL, xafuvogt, nusind, beautifullake, yanmeerA (97), C9Dshop, Xiecaiboe−US, jiangliRR, Aphoooorism, joeyyy, Qeearsstore, Wadiue−US, Loveryu, Angrybaby, WanDmaoStudio, Soullmmate, qatsebcd's Motion to Dismiss [42]. Briefing schedule set as to Motion to Dissolve Preliminary Injunction [38]. Response due by 5/24/2024; Reply due by 5/31/2024. Briefing schedule set [45] regarding Motion to Dismiss [42] stands. Status hearing set for 7/11/2024 at 9:00 AM. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.