IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------X
Mingfei Zhu                         :

            Plaintiff,   :   Case No. 24-cv-01139

                                 :

         -against-   :   Judge: Hon. Virginia M. Kendall

The Partnerships and Unincorporated
Associations Identified in Schedule "A"   :   Magistrate Hon. Beth W. Jantz

           Defendants.   :
---------------------------------X

## MOTION FOR A TWO-MONTH EXTENSION OF TIME TO FILE ANSWERS TO PLAINTIFF'S COMPLAINT

    Defendants, D FantiX, aooyaoo store and yadingchuangxinkeji, GIRIBIT, warminrog and Krislait ("D FantiX", "aooyaoo", "yading", "GIRIBIT", "warminrog" and "Krislait" respectively and "Defendants" collectively) by and through its undersigned counsel, hereby move this Court for a two-month extension of time to file their answers to Plaintiff's Complaint, i.e., from May 8, 2024 to July 8, 2024.  Such an extension, without consent from Plaintiff, is required to resolve current pending Motion(s).

Dated: May 7, 2024

/s/Lance Liu
Lance Y. Liu, Esq.
Bar No. 3002946
Lanceliu2000@gmail.com
15 Minuteman Circle
Southbury, CT 06488
Attorney for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsels of record.

Dated: May 7, 2024                                             Respectfully submitted,

                                                               /s/Lance Liu
                                                               Lance Y. Liu, Esq.
                                                               Bar No. 3002946
                                                               Lanceliu2000@gmail.com
                                                               15 Minuteman Circle
                                                               Southbury, CT 06488
                                                               Attorney for Defendants