IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu,<br><br>        Plaintiff,<br>v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>        Defendants. | Case No.: 24-cv-01139<br><br>Judge: Hon. Virginia M. Kendall<br><br>Magistrate: Hon. Beth W. Jantz |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, having settled with the below Defendants, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 13 | Dingco | AW4LP7LA048V3 |
| 14 | Dremisland Direct | A1N5ASDIVW0EZQ |
| 15 | e5e10 | A21X3MY6ORIU0C |
| 18 | ybbaby2018 | 5ba30e1873d934426dc8cb04 |
| 28 | HYLANCE-US | A2PIXQHKR0RPCH |
| 37 | kyoryuger US | A21KCAAZ15AFDN |
| 45 | Auksay US | A52PW94ZSZOLX |
| 72 | Subtipy | AAWDZ5UTR745Z |
| 74 | sui yang di | ALA6453YG6HGH |
| 76 | TaiSheng-US | A4JIMUDYWN4QG |
| 101 | hard-archery | emmyusshop |
| 103 | fiychee | focalmotors |
| 111 | GHJGHGH | 5e7c2a06922b3231e8e6c76b |
| 112 | Globalmarket | 53b79e4546188e74e15f7d68 |
| 113 | goldbless2019 | 5d4e258dae479644a93589e6 |
| 125 | Master master | 58380cc08108914cabd31f8f |
| 130 | sweetyourhome2019 | 5d5fb39d3d24b76fcec47892 |

<table>
<tr><td>Dated: May 15, 2024</td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>By: /s/ Kevin Keener</td></tr>
<tr><td></td><td>Kevin J. Keener<br>ARDC #6296898<br>Keener & Associates, P.C.<br>161 N. Clark Street, Suite #1600<br>Chicago, IL 60601<br>(312) 523-2164<br>kevin.keener@keenerlegal.com</td></tr>
</table>