IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu, <br><br>            Plaintiff, <br><br>    v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br>            Defendants. | Case No.: 24-cv-01139 <br><br> Judge: Hon. Virginia M. Kendall <br><br> Magistrate: Hon. Beth W. Jantz |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, having settled with the below Defendants, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 24 | GuangYun Gongsi | A1EBA5ESVBLF4L |
| 40 | liukouuly | AQJZ71EIHTL0W |
| 41 | Longxingshuma | AUJ8LRXZ4WEZ0 |
| 54 | Nirvaer | ABWL7E78XZ4YR |
| 57 | nusind | A3EOCXXW7J04X6 |
| 66 | SHIMUU | A33HH3ELM8OFT0 |
| 73 | SuchinmL | A2NNDO2IBX6O3V |
| 85 | Wadiue-US | A2DEKN8DORT2H4 |
| 89 | Xiecaiboe-US | A3EQ584CUG5OW4 |
| 93 | yanmeerA | A20PPVAILBA644 |
| 104 | Angrybaby | 5b374d0848fca93ec19818be |
| 105 | Aphoooorism | 5b03b5410128756b1ece1280 |
| 106 | BaiFuXin | 5da571bb5d73456ea47cc466 |
| 107 | BeautifulLake | 54d43e19c5cb4015cecf888f |
| 108 | C9Dshop | 58e6fe5ab5fde3105f62c10c |
| 117 | jiangliRR | 5c149f44d6de137dec617f6e |
| 119 | joeyyy | 5b076eb6c721a9630e172601 |
| 121 | keoshlunlun | 5d5e37ce40defd18f326280d |
| 123 | LL-Utopia | 58b7f17cf1c0ab52773e1359 |

| 124 | loveryu | 5f856895bde3a8f95128437a |
| 127 | qatsebcd | 5f602c0c96c03e051a06e203 |
| 128 | Qeearsstore | 5b209683daac454f9b94c685 |
| 129 | Soullmmate | 5d3faa0d25e4ec39af823295 |
| 132 | WanDmaoStudio | 5b80aefe114a101b23bff1d5 |
| 134 | xafuvogt | 5f6c53b82ef0bd06aee72048 |

Dated: June 3, 2024      Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com

2