IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu, | |
| Plaintiff, | Case No.: 24-cv-01139 |
| v. | Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Beth W. Jantz |
| Defendants. | |

## RESPONSE TO MOTION TO DISMISS

Plaintiff Mingfei Zhu ("Plaintiff") files this response to the motion to dismiss filed by certain defendants in this case. Plaintiff has settled and dismissed the defendants who filed the motion to dismiss. Therefore, Plaintiff requests that the motion to dismiss be denied as moot.

Dated: June 3, 2024

Respectfully submitted,

By: /s/ Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601 (312) 523-2164
kevin.keener@keenerlegal.com