# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mingfei Zhu

                        Plaintiff,

v.                                            Case No.:
                                                   1:24−cv−01139

                                                   Honorable Virginia M. Kendall

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Motion to dismiss for lack of jurisdiction [42] is dismissed as moot pursuant to Response [59] requesting that Motion to Dismiss be terminated as moot. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.