IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu | Case No.: 24-cv-01139 |
| Plaintiff, | |
| v. | Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Beth W. Jantz |
| Defendants. | |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, having settled with the below Defendants, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 92 | YAJIHOSK | AL4PBIWCRCL7E |

Dated:  July 8, 2024

Respectfully submitted,

By:     /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com