IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Mingfei Zhu,<br><br>        Plaintiff,<br>v.<br><br>The Partnerships and Unincorporated Associations Identified in Schedule "A",<br><br>        Defendants. | Case No.: 24-cv-01139<br><br>Judge: Hon. Virginia M. Kendall<br><br>Magistrate: Hon. Beth W. Jantz |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Mingfei Zhu seeks entry of Default and Default Judgment against all unappearing Defendants identified in Exhibit 1 to the Memorandum of Law in Support filed concurrently with this Motion.

Dated: July 8, 2024

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com