# EXHIBIT 1

| Doe # | Merchant Name | Merchant ID | Seller Email | GMV | Requested Award |
|---|---|---|---|---|---|
| 1 | Aertiavty | A81E4ZAOCOR24 | yaoyuanping880@163.com | $10,565.66 | $10,565.66 |
| 7 | ChengNuo-US | A11ILQ412HNTGH | a13924606122@yeah.net | $94,338.91 | $94,338.91 |
| 10 | Corebes | A1USFZBK0N5SNW | corebes@hotmail.com | $20,445.39 | $20,445.39 |
| 11 | dagonghun | A10FDYQXNXIU3B | huanxius@outlook.com | $64.94 | $250 |
| 27 | hudm2y | A27UI2INBG4UHD | hudm2y@163.com | $1,836.26 | $1,836.26 |
| 31 | Jiaying boundless | | | | |
| 39 | LinXius | A1NLFHTI5NVDP6 | saratrading1986@126.com | $5,596.30 | $5,596.30 |
| 40 | liukouuly | AQJZ71EIHTL0W | swlishhkjxksui@outlook.com | $70.21 | $250 |
| 44 | Maiwoda | A3JHFJSZL0PRU6 | patrica.li@outlook.com | $0.00 | $250 |
| 45 | Maylai Deals | A3P51W248MO46I | ko464suui@sina.cn | **$5,789.80** | **$5,789.80** |
| 46 | MBRFORCE | A2LYPY58FZ5Q8N | 18065921604@163.com | $1,575.68 | $1,575.68 |
| 56 | No 5 Kitchen | A33UFLCO25GFIO | mingtong521@outlook.com | $401.89 | $401.89 |
| 61 | QCLILUA | A3NM0O3S00QATH | zymzrr@163.com | $750.51 | $750.51 |
| 62 | QIAOLUOBO | A1NBY5IP3Y6ND | qiaoluobo0307@sina.com | $807.28 | $807.28 |
| 77 | TATUFY | A2OD62SO7MA0PE | tatufy@163.com | $2,780.21 | $2,780.21 |
| 83 | Vakitar-m | A392YI9UIVL8CF | shenglunshangmao@163.com | $0.00 | $250 |
| 88 | wyuanhda | A1AU2M3RMBKZT0 | a13688922877@163.com | $71,081.53 | $71,081.53 |
| 94 | Yo Fish | A3CJ1WZ1FMI9O0 | 617980553@qq.com | $243.29 | $250 |
| 98 | Zexu Shop | A24O2SNXPTT92P | yangyangstoreus@outlook.com | $0.00 | $250 |
| 99 | Zhengruus | A2A5MQYNQ5G8YU | lanlin20212021@163.com | $0.00 | $250 |
| 100 | 风逝九日商贸 (Cookx) | AAAKX2BLQVPS3 | xiu804885390@163.com | $0.00 | $250 |
| 109 | ChenXinRue | 5fe19a2bb4b85f11dfac067b | hatexing@163.com | | $250 |
| 110 | dealstoday | 5577ea1f0f835e1a06303fe6 | dealstoday2016@outlook.com | | $250 |
| 114 | huiyamin | 59300e9bad56b24679641b3f | huiyaming2016@163.com | $105.82 | $250 |
| 115 | huyan0817 | 5f45d1418f7286d8819d2862 | f9n644@163.com | | $250 |
| 116 | indianapolis | 562f3fd6d0dee729201c5193 | indianapolis001@outlook.com | | $250 |

| 118 | JinglianluanuW | 5e60555a4755ccc17325abf3 | jewlin12@hotmail.com | | $250 |
|---|---|---|---|---|---|
| 120 | kangqiyongpinyou | 5ec6673dc88c69b989b8f63b | huaxingkangche@126.com | | $250 |
| 122 | Lemon tree oe | 582bf8df82c7bb03f5b1e842 | 18027657594@163.com | $21.11 | $250 |
| 126 | mengmengmaliu | 5982e5f13eb22a5ace42d66b | goldmaking@163.com | | $250 |
| 131 | TZAC | 61603dfc70e3970314634dc8 | tzatwy@163.com | $166.62 | $250 |
| 133 | wuyanan52 | 6007934d64eae01e60613de3 | cm76691536tanxi@163.com | | $250 |
| 135 | xuguangzhuang0907 | 60a9d95fb2412b82b64f916b | ngma348@163.com | | $250 |
| 136 | Maylai Deals | A3P51W248MO46I | ko464suui@sina.cn | $33,873.13 | $33,873.13 |