**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Mingfei Zhu | Case No.: 24-cv-01139 |
| Plaintiff, | |
| v. | Judge: Hon. Virginia M. Kendall |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | Magistrate: Hon. Beth W. Jantz |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, the PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT, including all exhibits, was filed with the CM/ECF system. I hereby certify that the Defendants have been provided notice on July 8, 2024, via e-mail to the Defendants and published on a website with a link provided to Defendants.


Dated:  July 8, 2023                    Respectfully submitted,

By:      /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com