IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu, <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified in Schedule "A", <br><br> Defendants. | Case No.: 24-cv-01139 <br><br> Judge: Hon. Virginia M. Kendall <br><br> Magistrate: Hon. Beth W. Jantz |

## VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, hereby dismisses this action **with prejudice** as to the following Defendants:

| Doe # | Store Name | Seller ID |
|---|---|---|
| 10 | Corebes | A1USFZBK0N5SNW |

Dated: July 10, 2024

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com