## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Mingfei Zhu | )<br>)<br>) |
|        Plaintiff, | ) Case No.: 24-cv-01139<br>) |
| v. | ) Judge: Hon. Virginia M. Kendall<br>) |
| The Partnerships and Unincorporated Associations Identified in Schedule "A", | ) Magistrate: Hon. Beth W. Jantz<br>)<br>)<br>) |
|        Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, Mingfei Zhu (hereafter "Plaintiff") and Defendants Doe 5 aooyaoo store, Doe 12 D FantiX, Doe 22 GIRIBIT, Doe 36 Krislait, Doe 82 TTSAM_meisam, Doe 86 warminrog, and Doe 91 yadingchuangxinkeji (collectively "Defendants"), by and through the undersigned counsel, hereby submit this Stipulation of Dismissal and request that the instant case be dismissed in accordance with the terms set herein.

The Parties stipulate that all claims by Plaintiff against Defendants are to be dismissed without prejudice.

The Parties stipulate that all claims by Defendants against Plaintiff are to be dismissed without prejudice.

The Parties stipulate that Plaintiff shall notify Amazon of the dismissal and instruct Amazon to restore Defendants' Amazon accounts and ASINs listed in Schedule A to the Complaint.

The Parties stipulate that each party shall bear its own costs and attorneys' fees.

1

Dated: July 10, 2024                                  Respectfully Submitted,

| By: /s/Kevin Keener<br>Kevin J. Keener<br>ARDC # 6296898<br>Keener & Associates, P.C.<br>161 N. Clark Street, Suite #1600<br>Chicago, IL 60601<br>(312) 375-1573<br>kevin.keener@keenerlegal.com<br>Attorney for Plaintiff | By: /s/Lance Liu<br>Lance Liu<br>Bar No. 3002946<br>15 Minuteman Circle<br>Southbury, CT 06488<br>Lanceliu2000@gmail.com<br>Attorney for Defendants |
|---|---|