# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mingfei Zhu

                        Plaintiff,

v.                                           Case No.:
                                                        1:24−cv−01139
                                                        Honorable Virginia M. Kendall

Partnerships and Unincorporated Associations Identified in Schedule A, The, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion and Status hearing held on 7/11/2024. Plaintiff's Counsel advised they have settled with Defendants D FantiX, aooyaoo store and yadingchuangxinkeji. Motion to Dissolve Preliminary Injunction [38] is dismissed as moot. Plaintiff's Motion for entry of Default and Default Judgment against all Defendants as identified in exhibit 1 [64] is granted. Enter Order of Default as to Defendants identified in exhibit 1. Final Default Judgment Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.